UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                             :
                                                  :
NORTH GENERAL SERVICE CORPORATION,   :     Chapter 11
                                                  :     Case No. 10-13558 (SCC)
        Debtor                              :
                                                  :
-------------------------------------------------------------x
In re                                             :
                                                  :
                                                  :     Chapter 11
NORTH GENERAL HOSPITAL,               :     Case No. 10-13553 (SCC)
                                                  :
        Debtor.                             :
-------------------------------------------------------------x
In re                                             :
                                                  :     Chapter 11
NORTH GENERAL DIAGNOSTIC  AND         :     Case No. 10-13559 (SCC)
TREATMENT CENTER,                     :
                                                  :
        Debtor.                             :
-------------------------------------------------------------x

### ORDER DIRECTING JOINT ADMINISTRATION
### AND PROCEDURAL CONSOLIDATION OF CASES

Upon consideration of the motion (the "Motion")[1] of North General Service Corporation, North General Hospital and the North General Diagnostic and Treatment Center, as debtors and debtors-in-possession (collectively, the "Debtors"), seeking an order directing joint administration and procedural consolidation of their pending Chapter 11 cases; and it appearing that the relief requested is in the best interests of the Debtors, their creditors, and all parties-in-interest; and it appearing that this Court has jurisdiction to consider the Motion; and it appearing that due and appropriate notice of the Motion has been given under the circumstances of these

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{10438866:4}

cases; and it appearing that no other or future notice need be provided; and upon the Motion and all of the proceedings before the Court; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

**ORDERED**, that:

1. The Motion is GRANTED to the extent provided herein.

2. For the reasons set forth in the Motion, the above-captioned cases are hereby procedurally consolidated and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the Chapter 11 cases.

4. The caption of the jointly administered Chapter 11 cases shall be as follows:

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                :
                                     :    Chapter 11
NORTH GENERAL HOSPITAL, et al.       :    Case No. 10-13553 (SCC)
                                     :    (Jointly Administered)
                                     :
              Debtors.               :
---------------------------------------------------------------x
```

5. Docket entries shall be made in the Chapter 11 cases of North General Hospital, et al. substantially as follows:

> An Order has been entered in this case directing procedural consolidation and joint administration of this case with the Chapter 11 bankruptcy case of North General Hospital, Case No. **10-13553 (SCC)**. The docket for North General Hospital should be consulted for all matters affecting this case.

6. Notice of the Motion as provided therein shall be deemed good and sufficient

notice of such Motion.

Dated: New York, New York
      July *7th*, 2010

                                        ***/s/ Shelley C. Chapman***
                                        United States Bankruptcy Judge