**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :     Case No. 10-13553 (SCC)
**North General Hospital, et al.,**                :
                                                   :     (Jointly Administered)
                                        Debtors.   :
----------------------------------------------------------x

# NOTICE OF APPOINTMENT OF COMMITTEE
# OF UNSECURED CREDITORS

Tracy Hope Davis, Acting United States Trustee for Region 2, pursuant to 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve to the Official Committee of Unsecured Creditors of North General Hospital and affiliated debtors in possession.

1. 1199 SEIU National Benefit Fund for
    Health and Human Service Employees
   330 West 42nd Street
   New York, New York 10036
   Attention: Timothy D. Wells, Director
   Telephone: (646) 473-6400

2. Health Resources Optimization Inc.
   344 Main Street
   P.O. Box 362
   Metuchen, New Jersey 08840
   Attention: Robert Jacobs, President
   Telephone: (516) 616-0200 ext. 201
   Fax: (516) 616-7408

3. Sodexo Management Inc.
   283 Cranes Roost Blvd., Ste. 260
   Altamonte Springs, Florida 32701
   Attention: Brad Hamman
   Telephone: (407) 339-3230 ext. 3204
   Fax: (407) 260-2305

[signature on following page]

Dated: New York, New York
       July 16, 2010

                                        TRACY HOPE DAVIS
                                        ACTING UNITED STATES TRUSTEE

                                        By */s/ Andrea B. Schwartz*
                                              Andrea B. Schwartz
                                              Trial Attorney
                                        33 Whitehall Street, 21st Floor
                                        New York, New York 10004
                                        Tel. No. (212) 510-0500
                                        Fax: (212) 668-2255