Martin G. Bunin
Craig E. Freeman
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Proposed Attorneys for the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 10-13553 (SCC) |
| NORTH GENERAL HOSPITAL, *et al.*, | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of North General Hospital, *et al.* (the "Committee") hereby enters its appearance by and through its proposed counsel, Alston & Bird LLP, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed below at the following address:

Martin G. Bunin, Esq.
Craig E. Freeman, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: marty.bunin@alston.com
craig.freeman@alston.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complain, demand motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to these cases and proceedings referenced herein.

Dated: New York, New York
July 19, 2010

ALSTON & BIRD LLP

By:     s/ Martin G. Bunin
    Martin G. Bunin
    Craig E. Freeman

90 Park Avenue
New York, NY 10016
(212) 210-9400

*Proposed Attorneys for the Official
Committee of Unsecured Creditors*