# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------X
In Re:                                   :  10-13553 (SCC)
                                         :
        NORTH GENERAL HOSPITAL,          :  One Bowling Green
                                         :  New York, New York
                Debtor.                  :  February 15, 2011
----------------------------------------X
OFFICIAL COMMITTEE OF UNSECURED          :  10-04205
 CREDITORS OF NORTH GENERAL              :
 HOSPITAL, et al.,                       :
                                         :
                Plaintiffs,              :
                                         :
                v.                       :
                                         :
THE DORMITORY AUTHORITY OF THE STATE     :
 OF NEW YORK,                            :
                                         :
                Defendant.               :
----------------------------------------X
```

TRANSCRIPT OF MOTION TO DISMISS ADVERSARY PROCEEDING
AND PRE-TRIAL CONFERENCE
BEFORE THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For the Debtor:             ERIN ZAVALKOFF-BABEJ, ESQ.
                            Windels, Marx, Lane & Mittendorf
                            156 West 56th Street
                            New York, New York  10019

For Creditors Comm.:        MARTIN G. BUNIN, ESQ.
                            MICHAEL JOHNSON, ESQ.
                            Alston & Bird LLP
                            90 Park Avenue
                            New York, New York  11042

For Dormitory Auth.:        DAVID NEIER, ESQ.
 of NYS                     Winston & Strawn
                            200 Park Avenue
                            New York, New York  10166
                            (Appearances continued on next page)

Court Transcriber:          CARLA NUTTER
                            Regency Reporting, Inc.
                            575 Madison Avenue
                            New York, New York  10022

APPEARANCES CONTINUED:

                                    MR. RICHARD STERN
                                    Hughes, Hubbard
                                    One Battery Park Plaza
                                    New York, New York  10004

For the U.S. Trustee:               United States Trustee's Office
                                    BY:  ANDREA B. SCHWARTZ, ESQ.
                                    Assistant United States Trustee
                                    33 Whitehall Street
                                    New York, New York  10004

THE COURT:  Good morning.  Please be seated.

Where is Mr. Simpson?  Ah, you've changed.

MS. ZAVALKOFF-BABEJ:  I have.

MR. NEIER:  Your Honor --

THE COURT:  Mr. Neier, how are you?

MR. NEIER:  Good morning, Your Honor.  I don't think Mr. Simpson, you know, thought it prudent for him to go since it was just a pre-trial conference on the adversary proceeding.

MS. ZAVALKOFF-BABEJ:  So he sent me.

THE COURT:  Okay.  All right, well, I guess I can understand that, although there were a number of things filed on the docket in the last 24 hours and also matters pertaining to the examiner that I had hoped to discuss.

So, are you comfortable with that?

(No verbal response)

THE COURT:  All right.  So why don't we take care of the pre-trial first.

Is Ms. Schwartz going to join us?

MALE VOICE:  She's in the hallway.

THE COURT:  Okay.  All right.  Mr. Neier, Mr. Bunin, the adversary.

MALE VOICE:  Do you want us to get the U.S. Trustee?

THE COURT:  No, we can do the adversary first.

MR. NEIER:  The defendant is always happy to go first.

1          MALE VOICE:  Yes.

2          THE COURT:  Whoever wants to speak first.

3          MR. JOHNSON:  Your Honor, Mike Johnson on behalf of

4     the committee.

5          THE COURT:  Good morning.

6          MR. JOHNSON:  How are you?

7          THE COURT:  Okay.

8          MR. JOHNSON:  I'm not sure how Your Honor would like

9     to proceed this morning.  You've been flooded, I think, with a

10    fair amount of paper --

11         THE COURT:  I have.

12         MR. JOHNSON:  -- over the past few business days --

13         THE COURT:  Why don't we start with just confirming

14    what I have --

15         MR. JOHNSON:  Okay, Your Honor.

16         THE COURT:  -- so we make sure that I have

17    everything.

18         I have briefing on both the statute of limitations

19    issue which was submitted some time ago and I also have your

20    briefing on the recharacterization issue and I think that's all

21    that I expect to receive on the adversary.  I don't know if you

22    folks were planning on submitting replies.

23         MR. NEIER:  Your Honor, we had contemplated a reply

24    on the motion to dismiss but it's up to you.  If you don't

25    think that would be helpful, then we're happy not to do it.

1    THE COURT:  I guess there was one issue that I was

2  interested in having a reply to from Mr. Bunin and that is from

3  the committee -- I know that you'll do all the work -- and that

4  is Mr. Neier raised a point at the end of his brief relating to

5  the -- even if the debt were to be recharacterized the security

6  agreement would stay in place.  It wasn't a large or lengthy

7  point but --

8    MR. JOHNSON:  Yes, Your Honor, we're --

9    THE COURT:  -- I would be interested in having a

10  written reply to that.

11    MR. JOHNSON:  Sure, Your Honor.  We'd be happy to do

12  that.  In fact, we've already started to do a little bit of

13  research on that point.

14    THE COURT:  Okay.

15    MR. JOHNSON:  Does Your Honor have a date in mind?

16    THE COURT:  I don't.  I don't.  I'll leave that to

17  you.  Just some time -- you know, some time in the next two

18  weeks, why don't we say?

19    MR. JOHNSON:  Yes, that would be fine, Your Honor.

20    THE COURT:  So other than that, I don't have a firm

21  date.

22    MR. JOHNSON:  Okay, Your Honor.

23    MR. NEIER:  You know, that's the _Dowsky_ case?

24    THE COURT:  Yes.

25    MR. NEIER:  _Dowsky Island Properties_?

1      THE COURT:  Right.

2      MR. NEIER:  It doesn't have a lot of discussion on

3  the point.  The reason that we think it's important, just to

4  Mr. Johnson knows, is because in this case the 1989 mortgage is

5  still in effect.

6      THE COURT:  Right.

7      MR. NEIER:  And it's been amended a couple of times -

8  -

9      THE COURT:  Right.

10     MR. NEIER:  -- but it's still in effect and,

11  therefore --

12     THE COURT:  Well, that's why I think it's an

13  interesting point.

14     MR. NEIER:  Yes.

15     THE COURT:  So --

16     MR. NEIER:  I don't know if we actually said that in

17  the end of the brief as we were rushing to get it out the door

18  but that was --

19     THE COURT:  No, but -- right.  I think I assumed as

20  much and that's why I think I'd be interested hearing your

21  reply.

22     MR. JOHNSON:  Yes.  Absolutely.  Well, you know,

23  there's always -- almost always in the case of secured lending

24  going to be some sort of lien or mortgage that's out there --

25     THE COURT:  Right.

1    MR. JOHNSON:  We can certainly address sort of how

2 most courts would address that.

3    THE COURT:  Right.  No, I understand that and I mean

4 I suppose if -- I don't want to open it up too much because I

5 really don't want an additional set of briefs but if there's

6 anything that you feel is particularly compelling that you'd

7 like to reply to feel free to do so.

8    MR. JOHNSON:  Okay.

9    THE COURT:  But it was a very helpful set of briefs.

10   I also got exhibits.  I got the committee's exhibits;

11 two bound volumes of exhibits which were largely the loan

12 documentation, it looked like there were some e-mails in there

13 as well.

14   MR. JOHNSON:  And some deposition transcript

15 excerpts.

16   THE COURT:  Okay.  All right.

17   MR. JOHNSON:  There's one thing mechanically, Your

18 Honor, to consider as I've consulted with Mr. Neier on

19 deposition transcripts.  We did do one non-party -- non-party -

20 - the adversary proceeding deposition.  We took the deposition

21 of Dr. Daniel, the former CEO and president of the debtor and

22 Mr. Neier and I are in agreement that rather than subpoenaing

23 him to appear live --

24   THE COURT:  Right.

25   MR. JOHNSON:  -- we would be happy to rely on --

1        THE COURT:  Just going to do designations and

2   counter-designations?

3        MR. JOHNSON:  Yes.  If Your Honor is okay with that -

4   -

5        THE COURT:  Absolutely.

6        MR. JOHNSON:  -- and there's not a hearsay problem

7   from Your Honor's perspective --

8        THE COURT:  That's fine.

9        MR. JOHNSON:  Okay.

10       THE COURT:  That's fine.

11       MR. JOHNSON:  Okay.  There are some excerpts from his

12  deposition that are part of that compendium.

13       THE COURT:  Okay.  So that compendium represents the

14  universe of documents that you will draw from for your trial

15  exhibits?

16       MR. JOHNSON:  That's correct, Your Honor.

17       THE COURT:  Okay.  Mr. Neier, did we get exhibits

18  from you?

19       MR. NEIER:  You did get exhibits from me but we did

20  not put in our trial exhibits.  Our trial exhibits will -- you

21  know, it won't be Boston Gen but it will be a real big --

22       THE COURT:  Thank Heavens for some small things.

23       MR. NEIER:  It will be a number of boxes.

24       THE COURT:  Okay.

25       MR. NEIER:  The loan documentation we think is

relevant, of course, is 1989, 1998, 2003. I'm endeavoring to

get the official transcripts just because they're bound volumes

and they're not BATES stamp numbered --

THE COURT: Right.

MR. NEIER: -- but they might be easier to go through

and then --

THE COURT: Okay.

MR. NEIER: -- I'm also going to obviously put in

officially the copies of those documents which have every page

BATES stamped and we'll have trial exhibits.

THE COURT: Okay.

MR. NEIER: Other than that it will be the documents

that we did submit which were just a handful of documents but

it will still be a substantial amount of paperwork and --

THE COURT: All right. In terms of live witnesses,

are we having live testimony?

MR. NEIER: We are having live testimony. I don't

think it will take particularly long but, obviously, I'm the

defendant. It might be different --

THE COURT: All right. And you're going to do --

MR. NEIER: As far as I know there are two witnesses;

Mr. Bolk and Mr. Tittle, the committee's expert.

THE COURT: Right. And I have their declarations

already. So are you going to rely on their declarations for

the direct?

1    MR. NEIER:  Yes, Your Honor.  From Mr. Bolk at least.

2    THE COURT:  Okay.

3    MR. JOHNSON:  Yes, that's correct, Your Honor.

4    THE COURT:  Okay.  All right.  So what --

5    MR. JOHNSON:  But there will be live cross-

6    examination and then redirect to the extent necessary.

7    THE COURT:  Okay.  So all in just on this and without

8    regard to other confirmation issues what's your estimate of the

9    amount of time that we need for this?

10   MR. NEIER:  I was figuring on half a day, really.  I

11   mean I don't think it's really that long.

12   MR. JOHNSON:  I would rather to be on the safe side

13   set aside an entire day if we could?

14   THE COURT:  Okay.

15   MR. JOHNSON:  But I don't think it should go beyond a

16   single day.

17   THE COURT:  Do you think we can do the entire

18   confirmation hearing in a day?

19   MR. JOHNSON:  I'll let Mr. Bunin speak to that.

20   MR. BUNIN:  The committee will be filing a

21   confirmation objection and so there will be argument with

22   respect to that.

23   THE COURT:  Okay.

24   MR. BUNIN:  But there is --

25   THE COURT:  The unsecureds accepted, I noted.

1    MR. BUNIN:  I did get some calls from some unsecured

2    creditors wondering where it's indicated where the recovery was

3    specified.  I think -- I don't have any comment on that other

4    than, I guess, some unsecured creditors will say yes to just

5    about anything.

6         THE COURT:  Yes, they will.  But the med mal class

7    did not accept; right?

8         MR. BUNIN:  There are some potential --

9         MR. NEIER:  By one vote, Your Honor.  Just one single

10   vote.

11        THE COURT:  Right.

12        MR. BUNIN:  There are some issues we're looking into

13   with respect to the ballots; whether -- there's at least one

14   creditor that we know who got both ballots to vote and a notice

15   that it couldn't vote and we're trying to --

16        THE COURT:  Is that a difference that will make a

17   difference in light of the -- let me see.  Because there were

18   quite -- the numerosity was carried by quite a large margin

19   wasn't it?

20        MR. NEIER:  I think it's 52 to 16?

21        THE COURT:  Yes.

22        MR. BUNIN:  I don't know at this point, Your Honor.

23        THE COURT:  All right.  Well, needless to say, you

24   can do -- you know, you're free to do whatever you want to do

25   but if it's not going to make a difference it may not be worth

1    the effort.

2         MR. BUNIN:  With respect to confirmation there is one

3    possible deposition that the committee may wish to take with

4    respect to confirmation.

5         THE COURT:  All right.  Well, I assume -- you've been

6    working together well so I assume you don't need me to get in

7    the middle of all that.  You'll just let each other know what

8    you're planning to do.

9         MR. NEIER:  You know, I personally think confirmation

10   is really going to be the March 10th time frame when we go

11   through the admin and priority claims.

12        THE COURT:  When we go through the admin claims;

13   right.

14        MR. NEIER:  That will really be whether we're even

15   there yet.

16        THE COURT:  Right.

17        MR. NEIER:  I'll tell you, Your Honor, we're still

18   short.  We're short by -- we have a slight disagreement on the

19   numbers but we're short by $3 million to $4 million.  Even if

20   Your Honor rules exactly as the debtors at DASNY requested in

21   the various claims objections -- and we haven't gotten very far

22   with Albany, in fact we've gotten nowhere but, you know, we're

23   continuing to try and nobody has told me stop work.  I'm at

24   least hopeful that somebody will come up with the necessary

25   funds just to pay the priority and admin claims.

1          Ms. Hepner and I have had a conversation about that

2     because 87 percent of the priority and admin claims are to --

3          THE COURT:  Are her folks.

4          MR. NEIER:  -- are to the pension funds.

5          THE COURT:  Right.

6          MR. NEIER:  Not really her folks but they're the

7     ultimate beneficiaries of the pension fund --

8          THE COURT:  Right.

9          MR. NEIER:  -- and even assuming that the Court were

10    to rule in line with the objections, 87 percent of what would

11    left over would be the union or the pension funds and beyond

12    that the largest claim after that is another fund for the

13    committee of interns and residents.  So about 95 percent of the

14    priority and admin amount that we hope is left over would go

15    towards these pension funds so we're trying to explore some

16    kind of innovative way to get through the hurdle.

17         I've told Ms. Hepner we're not going to go there

18    unless we absolutely need to but I think we are absolutely

19    going to need to and we'll have to see how they do on

20    confirmation as well.

21         THE COURT:  All right.  Well, this is why I'm sorry

22    that Mr. Simpson is not here today but Windels, Marx is here.

23         This is my segway to the examiner and to that whole

24    situation and the reason I'm segwaying on this point is because

25    to the extent that the work of the examiner -- and I'll get to

the latest round of correspondence that I received with respect

to what action Windels, Marx intends to take -- Ms. Schwartz,

to the extent that -- and I don't want to prejudge the issue --

but to the extent that the examiner's report as it may be

further supplemented -- and we'll get to that -- may provide a

basis for the United States Trustee objecting to the fees in

whole or in part of Windels, Marx leading to potential

disgorgement.  Then timing and adjusting timing on the

resolution of that issue may provide funds that could help

enable this case to be confirmable with respect to the

administrative claims.

MS. SCHWARTZ:  Andrea Schwartz for the United States

Trustee.

Your Honor, we got Mr. Simpson's letter -- a copy of

Mr. Simpson's letter yesterday and it was at our request that

Mr. Stern, the examiner, come today to this pre-trial

conference and he's here in the courtroom.

THE COURT:  Okay.

MS. SCHWARTZ:  We asked him to come because we also

had some questions with respect to the process.

As we see it, Your Honor, Your Honor entered an order

on January 6th appointing the examiner --

THE COURT:  Right.

MS. SCHWARTZ:  -- and forgive me for just briefly

running this down but you entered the order on January 6th

1   appointing the examiner.  The order provides that no later than

2   February 10th the examiner was to issue his report.

3           THE COURT:  Right.

4           MS. SCHWARTZ:  In our case we had the benefit of an

5   examiner who worked very diligently and quickly --

6           THE COURT:  Right.  And issued the report early;

7   right.

8           MS. SCHWARTZ:  January 31st he issued the report.

9           THE COURT:  Right.

10          MS. SCHWARTZ:  Then Your Honor had a conference with

11  all the parties here in chambers and it was clear that any

12  party that had any questions or concerns with respect to the

13  report could in fact contact the examiner which we understand -

14  -

15          THE COURT:  And the committee did so.

16          MS. SCHWARTZ:  -- we understand on multiple occasions

17  the committee did so and the examiner made himself available to

18  understand any issues and in fact on the morning of February

19  10th filed a supplement to his report.

20          THE COURT:  Well, in the chambers conference my

21  recollection is that Mr. Simpson indicated his displeasure with

22  the report and his intention to file a reply and produce

23  voluminous documents that in his words would "cut against" the

24  examiner's conclusions.

25          MS. SCHWARTZ:  Right.  And I think where the U.S.

Trustee is coming down with respect to this is that she

believes in the integrity of the process and she also wants to

see the case moved towards confirmation and, you know, this is

Your Honor's order and this is Your Honor's directives with

respect to the examiner but as far as the United States Trustee

is concerned on Thursday the examiner had sent to us just for

comment a proposed discharge order --

THE COURT: Right. Which is where I thought we were

going until I received Mr. Simpson's letter but --

MS. SCHWARTZ: And I want to note, Your Honor, I'm

not sure Your Honor wants to consider that letter as part of

the record because it hasn't in fact been filed on the docket.

THE COURT: It was filed on the docket.

MS. SCHWARTZ: Oh, okay. This was yesterday --

THE COURT: Yes.

MS. SCHWARTZ: -- and it wasn't on the docket.

THE COURT: Right.

MS. SCHWARTZ: But now that it is at least part of

the court record --

THE COURT: Right.

MS. SCHWARTZ: -- you know, the order provided as

Your Honor is aware for a very short time frame for the

examiner to do his report --

THE COURT: Yes.

MS. SCHWARTZ: -- and a very limited amount of funds

1    to be --

2              THE COURT:  Correct.  Expended.

3              MS. SCHWARTZ:  -- expended in connection with that.

4         At this point it appears that debtor's counsel did

5    not contact the examiner during that time period in between the

6    chambers conference except for yesterday.

7         Mr. Stern is here and he can speak for himself --

8              THE COURT:  Right.  Well, Ms. Schwartz -- yes, I

9    would like to hear from Mr. Stern -- but Mr. Simpson appears to

10   be taking the position that the reason for the delay is that he

11   needed to prepare and file numerous objections to proofs of

12   claim.  While that's true, I was not entirely happy with the

13   fact that we got to where we got to and those objections had

14   not yet been filed.  So I'm not sure that that stands as an

15   excuse for a delay in filing a response to the examiner but --

16             MS. SCHWARTZ:  I think --

17             THE COURT:  -- let me just continue for one second --

18             MS. SCHWARTZ:  Yes, I apologize.

19             THE COURT:  -- just to kind of play this out a little

20   bit because if we had no confirmation issues what would happen,

21   I think, in this case is we would get to the end of the case

22   and then there would be fee applications and I'm guessing that

23   the U.S. Trustee would file an objection to Windels, Marx' fees

24   and as was the case in Leslie Fay and other cases, the

25   misconduct if you will -- although that's a strong word --

1   identified by the examiner may well form the basis for an

2   objection to the payment of further fees and a basis for an

3   order of disgorgement to compensate the estate for what

4   happened and to defray the cost of the examiner. In other

5   words, if the conduct is found to have occurred and that

6   conduct necessitated the appointment of an examiner and the

7   examiner in fact found that the conduct occurred, then I think

8   there's authority for the subject of the examiner's report to

9   defray the cost of the examiner.

10          So in a normal case that would all play out at the

11  end. If we discharge the examiner now and do not allow this to

12  play out as Mr. Simpson would like it to play out, then the

13  Court will not have the benefit of the examiner's response to

14  what Windels, Marx puts forward.

15          MS. SCHWARTZ: Well, I am 100 percent with Your

16  Honor's thought process and train --

17          THE COURT: Okay.

18          MS. SCHWARTZ: -- and I have a thought with respect

19  to that.

20          THE COURT: Okay.

21          MS. SCHWARTZ: And that is that it is an alternative

22  that in the order discharging the examiner the Court provide

23  for the examiner to be able to participate at the Court's order

24  and direction with respect to any evidentiary matters that

25  arise with respect to any potential objection to fees or motion

1   for disgorgement with respect to the fees.

2        THE COURT:  How about -- let me make a

3   counterproposal and --

4        MS. SCHWARTZ:  It was just a suggestion.

5        THE COURT:  -- we need to hear from Mr. Stern.  I

6   also need to hear from Mr. Stern in terms of the amount of fees

7   that have been incurred to date.

8        My countersuggestion would be -- and, again, to pick

9   up on preserving some ability to bring this to a head in

10   conjunction with confirmation -- is that I extend the deadline,

11   allow for Mr. Simpson to file what he says he's going to file

12   which is -- and he says it's going to be -- well, he says he's

13   going to be available from and after tomorrow --

14        MS. SCHWARTZ:  Right.  I didn't know that he was

15   going to -- I think he extended an invitation to the examiner

16   to come to his office.

17        THE COURT:  Yes, it is an invitation.

18        What I would like to do is to give him a firm

19   deadline, particularly since we've pressed Mr. Westin in

20   service with regard to other matters pertaining to the debtors

21   and that at this point other than with respect to the

22   prosecution of the objections to the administrative claims it's

23   largely in the hands of Mr. Neier and Mr. Bunin with respect to

24   confirmation and in fact it's largely in the hands of Mr. Neier

25   in terms of keeping the lines of communication open to Albany.

1          So what I would be inclined to do subject to your

2    rights to be heard is to place a deadline for a production of

3    any documents that Windels, Marx wishes to produce and a

4    deadline for any meeting that Windels, Marx wishes to have with

5    the examiner subject to Mr. Stern's schedule and that the

6    appointment be extended through a date to allow Mr. Stern time

7    to review whatever documentation or listen to whatever further

8    matters Mr. Simpson wishes to bring to his attention and to

9    have Mr. Stern file one more final report and then we discharge

10   him and we consider his fee application and then he's done.

11         I'm not inclined, Ms. Schwartz, to have Mr. Stern

12   have to hang around for a fee hearing and then I would look to

13   the U.S. Trustee to figure out whether or not there's some

14   mechanism after Mr. Stern issues his final supplementary report

15   to bring the issue of fees to a head sooner rather than later

16   so that if we have a gap -- and, ultimately, there would be a

17   disgorgement of fees -- that we have those funds available to

18   help get this case confirmed.

19         I realize that there's probably no precedent for this

20   and it's a little unorthodox but it makes sense to me as I'm

21   saying it.

22         MS. SCHWARTZ:  Well, let's talk about it in a few

23   separate steps.

24         THE COURT:  Okay.

25         MS. SCHWARTZ:  I'm going to back it out from the fee

1  part.

2  First of all, in order for us to take any action

3  other than a motion to disgorge --

4  THE COURT:  Right.

5  MS. SCHWARTZ:  -- fees that have already been paid --

6  THE COURT:  Right.

7  MS. SCHWARTZ:  -- we have to have the fee application

8  -- the actual fee application from Windels, Marx.

9  THE COURT:  Well, but we have --

10  MS. SCHWARTZ:  We have their monthlies but we --

11  THE COURT:  But on the fee application that we spent

12  so much quality time talking about two days before Christmas --

13  MS. SCHWARTZ:  Right.

14  THE COURT:  Right?  I did enter an order --

15  MS. SCHWARTZ:  True quality.

16  THE COURT:  -- approving those fees.

17  MS. SCHWARTZ:  Yes, that's right.

18  THE COURT:  So I think that in excess of $1.3 million

19  has already been paid to Windels, Marx.

20  MS. SCHWARTZ:  Right.  Okay.  So I think what Your

21  Honor is saying is that the U.S. Trustee is at the point --

22  that it's ripe at this point -- well, we have to really wait

23  for any --

24  THE COURT:  We'd have to wait for -- right.

25  MS. SCHWARTZ:  Right.  But I think the other thing

1  that is important here is that in order for us to prosecute our

2  motion, assuming we file a motion to disgorge or we file an

3  objection, in order for us to prosecute that motion we very

4  well may need the testimony of the examiner with respect to

5  that and that's --

6          THE COURT:  Okay.  That's fair but I'd like the

7  documentary record to be closed so that's why I'm not inclined

8  to let Mr. Stern off the hook yet when Mr. Simpson has said he

9  wants to come back in for one more round which I, frankly, had

10  thought would have already taken place but it didn't.

11          MS. SCHWARTZ:  The only problem I have at this point

12  -- and it's because we're just talking about it here today --

13          THE COURT:  Right.

14          MS. SCHWARTZ:  -- is that the U.S. Trustee is her own

15  separate party --

16          THE COURT:  Yes.

17          MS. SCHWARTZ:  -- so the examiner does not work for

18  the U.S. Trustee.

19          THE COURT:  Understood.

20          MS. SCHWARTZ:  So, therefore, the documents that are

21  produced to the examiner are not produced to the U.S. Trustee -

22  -

23          THE COURT:  Right.

24          MS. SCHWARTZ:  -- and we don't want to be in the

25  position where we have the applicant disputing what our view is

1    with respect to the documents that have been found by the

2    examiner.  Do you follow what I'm saying?

3            THE COURT:  Right.  But I am looking at -- the U.S.

4    Trustee is absolutely her own party-in-interest and can do

5    whatever she thinks is appropriate but what I don't want to

6    happen is I've read the examiner's report, I've read the

7    supplemental report and I don't want to have to walk out

8    fifteen minutes before the movie is over with respect to the

9    examiner when the examiner is going to have further

10   conversations with Mr. Simpson and his folks and it would be

11   helpful to the Court to have the benefit of his observations in

12   that regard.

13           MS. SCHWARTZ:  Oh, I agree, and I'm sure that we're

14   going to rely -- I mean the foundation for at least, you know,

15   a part of our position is going to be the examiner's report.

16           THE COURT:  Right.  But without prejudice to --

17           MS. SCHWARTZ:  And I think what Your Honor is saying

18   is we don't want to relitigate the same issues between the two

19   --

20           THE COURT:  And that's precisely why --

21           MS. SCHWARTZ:  And we don't either.

22           THE COURT:  Right.  That's precisely why I think it

23   doesn't make sense to let off with the examiner before it's

24   over so that we have the benefit of the full -- Mr. Stern,

25   could you come up?

1       MS. SCHWARTZ:  Yes, I think at this point you need to

2   hear from Mr. Stern with respect to --

3       THE COURT:  I'm very sorry that Mr. Simpson isn't

4   here today but time is of the essence.

5       MR. STERN:  Good morning, Your Honor.  Richard Stern

6   from Hughes, Hubbard.

7       THE COURT:  Good morning, Mr. Stern.

8       MR. STERN:  A couple of observations --

9       THE COURT:  Sure.

10      MR. STERN:  -- and I appreciate you hearing us this

11  morning.

12      I guess there are two issues; one is the fee issue

13  and I've listened this morning --

14      THE COURT:  Your fees or --

15      MR. STERN:  Sorry, my fees.

16      THE COURT:  Your fees are going to be taken care of

17  no matter what but go ahead.

18      MR. STERN:  I appreciate that, Your Honor, but just

19  listening this morning as to the administrative burden on this

20  estate I was also concerned about, you know, additional fees

21  for myself and my attorneys.  That's one issue.

22      The second issue is we obviously have a process where

23  it's a cooperative process in that the process that I tried to

24  invoke in preparing the initial report as well as the

25  supplemental report; Mr. Bunin contacted me a number of times,

we had a number of conversations, I took his comments into
consideration and I filed a revised report. Similarly, Mr.
Westin called me. He had one issue, I talked it out with him
and he concluded that no change to my report was necessary. I
gave him the opportunity to talk to his client and advise me if
from their perspective any changes were necessary and he got
back to me and said they were not requesting any --

           THE COURT: And by "his client" you mean Mr. Maher?

           MR. STERN: Mr. Maher; yes.

           THE COURT: Okay.

           MR. STERN: I heard nothing from Windels, Marx which
was their prerogative.

           What I'm concerned about now is that we'll go through
the same what I'll call cooperative process; I'll listen to
them, I'll meet with them, I'll get the information and then
I'll file a supplemental report if necessary and then we get to
the litigation part and they start deposing me and serving me
with subpoenas, calling me as a witness. So we duplicated the
effort in a sense and given them the opportunity of a
cooperative process but then they may take advantage of a
litigious process and I've heard the U.S. Trustee's
representative, Ms. Schwartz, talk about potentially having me
as a witness and what I'm concerned about is the burden on the
estate and the duplication from going through an additional
cooperative process and then a litigation process.

1          THE COURT:  Right.  I think that the issue of your

2     being, you know, put on the firing line exists whether or not

3     you file a further supplement because if you don't file a

4     further supplement and Mr. Simpson and Windels, Marx produces

5     documents and takes the position that you were wrong, then in

6     the context of the fee dispute if the U.S. Trustee chooses to

7     proceed we're going to need to hear from you anyway.

8          When we undertook this, though, there was the

9     agreement of all parties that your fee -- that the examiner's

10    fees were going to be covered and that has to be the case,

11    otherwise, in this kind of a situation the estate wouldn't have

12    the benefit of the examiner and it's my view that the

13    examiner's fees are going to be paid for so-to-speak either

14    through -- the estate is going to be compensated for the

15    examiner's fees either eventually through disgorgements in

16    litigation that's obtained or through fitting you into whatever

17    budget is left.

18         So I have no intention of having you work and not be

19    compensated including if you're dragged into litigation

20    pursuant to any fee matters that the U.S. Trustee raises.

21         Where is your firm now with respect to accrued fees

22    and expenses?

23         MR. STERN:  We're well in excess of the cap, Your

24    Honor.  I'd say without some cuts which I'm going to take we're

25    at about $150,000.00 but I'm going to reduce that based on a

1  number of issues.

2       MS. SCHWARTZ:  Just to refresh your recollection,

3  Your Honor, the order provided for $100,000.00.

4       THE COURT:  I know.  I know that.

5       MR. STERN:  And I'm cognizant of that and, frankly,

6  I'm prepared to just take $100,000.00 given that that was the

7  cap but I think going forward I would ask Your Honor --

8       THE COURT:  Well, you can put in a fee application

9  with your actual fees and expenses and we can have a discussion

10 with all parties as to whether or not we can get relief from

11 that cap but I'm just thinking about the points that you're

12 making and you're raising some good points about duplication of

13 effort.

14      I suppose -- and I'm thinking out loud here -- that

15 to the extent that Windels, Marx submits additional documents

16 and submits a writing that sets forth a basis for me to

17 conclude that your conclusions were not supported or wrong, I

18 can make my own judgment as to whether I agree with that or not

19 without your putting in a response and to the extent that I

20 can't come to my own conclusion I suppose I can always ask you

21 for your input without your having to file a whole additional

22 supplemental report.

23      Ms. Schwartz, do you agree with that?

24      MS. SCHWARTZ:  I do agree with that, Your Honor, and

25 I mean it's an interesting discussion that we're having here

1    because I think we're all trying to arrive at what the best --

2    the most efficient way is --

3            THE COURT:  Most economic; right.

4            MS. SCHWARTZ:  Most economic and also how do we get -

5    -

6            THE COURT:  The truth.

7            MS. SCHWARTZ:  -- the case to confirmation --

8            THE COURT:  Right.

9            MS. SCHWARTZ:  You know, our overall case is to get

10   the case to confirmation.

11           So in that vein, Your Honor could enter the discharge

12   --

13           THE COURT:  Right.

14           MS. SCHWARTZ:  I mean could enter the discharge order

15   now --

16           THE COURT:  Right.

17           MS. SCHWARTZ:  -- and, you know, the discharge order

18   could contain certain provisions addressing the various things

19   that Your Honor has raised here, set a deadline and, I would

20   suggest, a very tight deadline because, you know, Your Honor,

21   it appears that all the other parties were able to contact Mr.

22   Stern during the time frame that Your Honor originally set --

23           THE COURT:  It does.

24           MS. SCHWARTZ:  -- and that let Windels, Marx file

25   whatever they want to file with respect to the report.

1          THE COURT:  All right.  So let's do that, Mr. Stern.

2          MR. STERN:  Can I just add -- excuse me, Your Honor.

3          THE COURT:  Go ahead.

4          MR. STERN:  One other possibility which would be --

5     and this is unique -- but basically give Windels, Marx a

6     choice; have me stay on, listen to them and file a supplemental

7     report and as part of that agree not to litigate over the

8     report or --

9          THE COURT:  I don't think he's going to do that

10    because he's going to litigate with the U.S. Trustee and to the

11    extent that the U.S. Trustee may rely on the work that you did,

12    I think which they're entitled to rely on -- Mr. Neier, you're

13    the money man so let me hear from you.

14         MR. NEIER:  Yes.  First of all, I would just suggest

15    to the Court that the Court has wide discretion as to what the

16    examiner's functions are going forward and even whether the

17    examiner can be called as a witness or as you suggest just come

18    back to court and give an oral report.  Judge Carey in the

19    Tribune case, which actually is on for a hearing today and

20    quite a contested one, discharged the examiner even though

21    there's a competing plan battle and both sides wanted the

22    examiner to testify, discharged the examiner and forbid anybody

23    from conducting discovery against the examiner or, you know,

24    compelling the examiner to testify at the confirmation hearing

25    with competing plans and I think that basis does exist.

1    THE COURT:  Okay.

2    MR. NEIER:  There is precedent for the Court to

3  terminate how the examiner responds to things and --

4    THE COURT:  Well, as I said --

5    MR. NEIER:  -- I don't think the process --

6    THE COURT:  Right.

7    MR. NEIER:  -- with all due respect to the U.S.

8  Trustee's Office, I don't think there is a process for an

9  examiner's report.  I don't think there is a report and then

10  there has to be a response.

11    THE COURT:  No, I totally agree with that but --

12    MS. SCHWARTZ:  I don't think we said that.

13    THE COURT:  Yes.  As I'm thinking about it I think

14  that to the extent that Windels, Marx wants to make a

15  submission it can make a submission.  It can make the

16  submission to the Court and I'm perfectly capable of comparing

17  the submission to Mr. Stern's report and coming to my own

18  conclusion --

19    MR. NEIER:  Or inviting a response if you want.

20    THE COURT:  -- or inviting a response or submitting

21  questions to Mr. Stern.

22    So I think that I'm at a decision point.  What I'd

23  like to do is discharge Mr. Stern.  Windels, Marx is free to do

24  whatever it wants.  Mr. Stern will be discharged as of the time

25  that I enter the order.

1          Mr. Stern, you should submit a fee application

2     reflecting all of the time and fees -- fees and expenses that

3     you have incurred.  I know that you're cognizant of the cap but

4     put it in and let's see if there's a basis for relief from the

5     cap.  The U.S. Trustee may have a position in that regard but

6     now that -- and then we can cross the bridge of whether or not

7     -- once you're discharged you're not obligated to respond to

8     Windels, Marx.  If they issue a subpoena in connection with

9     further proceedings in the court we can deal with that then as

10    Mr. Neier suggests.

11         MS. SCHWARTZ:  And, obviously, we'll reserve all our

12    rights with respect to --

13         THE COURT:  Right.

14         MS. SCHWARTZ:  -- being able to call the examiner or

15    what discovery with respect to that.  Clearly, this is not the

16    Tribune case and I'm not sure what Judge Carey -- why Judge

17    Carey ruled the way he ruled but we'll just reserve all our

18    rights with respect to that.

19         THE COURT:  Right.  I think --

20         MR. NEIER:  I think it's because Mr. Clay didn't want

21    the job basically.

22         THE COURT:  Well, I think Mr. Stern would be happy to

23    have the job but he's being sensitive to the money constraints

24    that we have in this case which are significant.

25         MR. NEIER:  Your Honor, just two points.

1    I think Mr. Simpson would have been here had he known

2 that the U.S. Trustee's Office had invited Mr. Stern.  Nobody

3 told him that.

4    THE COURT:  I understand and I can imagine that Mr.

5 Simpson is going to be very unhappy --

6    MR. NEIER:  I would think so.

7    THE COURT:  -- but there's a representative of his

8 firm here --

9    MS. SCHWARTZ:  That's right and, Your Honor --

10    MR. NEIER:  Yes, Your Honor.

11    THE COURT:  And, you know --

12    MR. NEIER:  I'm just saying that the Court shouldn't

13 hold it against him for not being here because --

14    MS. SCHWARTZ:  And I don't think Mr. Neier represents

15 Mr. Simpson.  I mean at this point --

16    THE COURT:  Ms. Schwartz, I am in no way holding it

17 against Mr. Simpson but the fact is that lawyers often forget

18 that they're not individually the counsel, the law firm is and

19 the law firm is here.

20    MR. NEIER:  Yes, Your Honor.

21    THE COURT:  So --

22    MR. NEIER:  I'm just -- the Court had expressed some

23 unhappiness that he's not here.  Had I known that the examiner

24 was --

25    THE COURT:  Not unhappiness.  You know, given how

1    near and dear this case is to his heart I had expected to see

2    him here but it's fine that he's not here.

3              MS. SCHWARTZ:  And, Your Honor, we're actually

4    surprised that he's not here too, because we asked the examiner

5    to come here in light of Mr. Simpson's letter that we received

6    yesterday.

7              MS. ZAVALKOFF-BABEJ:  In all fairness, Your Honor --

8              THE COURT:  Yes.

9              MS. ZAVALKOFF-BABEJ:  Windels, Marx.

10             THE COURT:  Identify yourself for the court reporter,

11   please.

12             MS. ZAVALKOFF-BABEJ:  It's Erin Zavalkoff from

13   Windels, Marx on behalf of North General.

14             I believe that subsequent to Mr. Simpson sending this

15   letter out that he would like to get this response to the Court

16   by tomorrow --

17             THE COURT:  Okay.

18             MS. ZAVALKOFF-BABEJ:  -- end of day and that's really

19   why he sent me down --

20             THE COURT:  Okay.

21             MS. ZAVALKOFF-BABEJ:  -- because I don't believe he

22   was under the impression that this would be discussed today.

23   He really thought that it would just be the pre-trial that was

24   taking place.

25             THE COURT:  All right.  Well --

1    MR. NEIER: And before anybody agrees on a deadline

2    of tomorrow I'd just point out that we had this chambers

3    conference on Thursday --

4    THE COURT: Yes, we did.

5    MR. NEIER: -- and Mr. Simpson said he'd get all the

6    objections on file on Monday.

7    We worked night and day over the weekend to Wednesday

8    to get all these objections out. Mr. Westin's firm, Mr.

9    Simpson's firm, our firm, we worked very hard. It was a

10   monumental effort. Whatever the Court thinks about whether the

11   examiner's report should have been responded to before then,

12   there is no question that the last week has been a very trying

13   week for everybody.

14   THE COURT: Understood. No, I understand and that's

15   why it's completely understandable to me that he didn't -- and

16   to his credit he put the interests of the estate first and I

17   appreciate that. I was merely commenting on the possibility

18   that the admin claims could have been objected to much earlier.

19   MR. NEIER: Yes, Your Honor.

20   THE COURT: So, but look, I've learned in this case

21   it is what it is, we have to go from where we are. Nothing

22   that I'm saying is intended to be critical of Mr. Simpson. No

23   decisions are being made here today other than the examiner is

24   going to be discharged and that Windels, Marx is free to pursue

25   the course of action that it set forth in its letter but Mr.

1    Stern is going to be discharged so --

2             MS. ZAVALKOFF-BABEJ:  I think Windels just would like

3    the opportunity, obviously, to address what the examiner --

4             THE COURT:  Certainly.  Right.

5             MS. ZAVALKOFF-BABEJ:  -- stated in his report.

6             THE COURT:  Right.  And Windels, Marx can file that

7    on the docket and there it is.

8             MS. ZAVALKOFF-BABEJ:  Correct.

9             THE COURT:  Mr. Bunin.

10            MR. BUNIN:  Your Honor, Marty Bunin for the creditors

11   committee.

12            The committee doesn't take a position with respect to

13   the examiner issues and we'll be guided by Your Honor.

14            THE COURT:  Okay.

15            MR. BUNIN:  I do want to say though I just want to

16   make sure I understand where things are going.

17            So if I understand correctly Mr. Stern will be

18   discharged, Windels, Marx will have an opportunity to file --

19            THE COURT:  Whatever it wants.

20            MR. BUNIN:  -- whatever it wants.

21            THE COURT:  Right.

22            MR. BUNIN:  And then if Mr. Stern determines to file

23   a supplement after his --

24            THE COURT:  No, no supplement.

25            MR. BUNIN:  There won't be a supplement.

1    THE COURT:  No supplement.  No supplement.

2        If I after reading Windels, Marx reply am scratching

3    my head and I can't figure something out, then I'm reserving my

4    rights to ask questions of Mr. Stern but I think I can look at

5    the two submissions and form a conclusion.

6        MR. BUNIN:  I just would note, Judge -- and I had

7    mentioned this to Mr. Stern in one of our conversations before

8    February 10th -- in the _Enron_ case Judge Gonzalez noted on the

9    record with respect to a response filed by an accounting firm

10   to one of the examiner's reports that there was no provision in

11   the Code for filing responses or making submissions objecting

12   to or commenting on examiners reports and --

13       THE COURT:  Well, I think that's absolutely accurate.

14   On the other hand, there's no provision for it but there's also

15   no prohibition on it and to the extent that the examiner has

16   made what I would characterize as serious accusations against

17   the firm I think it's their right to file something that in

18   their view disputes those conclusions.  Whether or not they can

19   get compensated for that exercise is a whole different story --

20   just a whole different story.

21       MR. BUNIN:  Thanks, Judge.

22       THE COURT:  Okay.

23       MR. BUNIN:  I just wanted to make sure I understood

24   where we were going.

25       THE COURT:  Yes.  Okay.  All right.

1    So because Mr. Simpson is not here perhaps we won't

2    discuss any further the suggestion that I made with respect to

3    any action that the U.S. Trustee might deem appropriate with

4    regard to fees but I would encourage the parties to talk about

5    that among themselves after -- Ms. Schwartz, I know you would

6    need to talk to the U.S. Trustee.

7         MS. SCHWARTZ:  The only thing I was going to say is -

8    - obviously, I need to speak to the U.S. Trustee but I mean to

9    the extent that we have issues that are ripe now, the U.S.

10   Trustee may take action now and that's not to say that the

11   committee may not take action.  I mean certainly any party-in-

12   interest that has an obligation -- a fiduciary obligation to

13   the creditors of the estate, you know, may take action.

14        I mean I haven't spoken with the committee with

15   respect to that.

16        THE COURT:  Right.  Without prejudging the issue I

17   merely made the observation in light of Mr. Neier's report that

18   we are "short" money and I have a fair amount of skepticism

19   about his ability to get more money out of Albany, although I

20   appreciate the effort but I don't want this thing to fail.

21        MS. SCHWARTZ:  Right.  Well, fortunately, we don't

22   file fee apps.

23        THE COURT:  Right.  So someone will submit -- I don't

24   know if the -- I haven't seen a discharge order.  I don't know

25   if it needs to be revised.

1    MS. SCHWARTZ:  The examiner will submit that to Your
2    Honor --
3         THE COURT:  Okay.
4         MS. SCHWARTZ:  -- and I think the examiner is still
5    looking at just getting the form of it in order.
6         THE COURT:  Okay.  All right.
7         MR. STERN:  That's right, Your Honor.  Thank you.
8         THE COURT:  Okay.  All right.  So we're done with
9    that.
10        Ms. Schwartz, I'll leave it in your hands as to what
11   happens with respect to fees.  I think we're clear that
12   Windels, Marx can do whatever it feels it needs to do but it's
13   going to be in the form of something filed on the docket with
14   no expectation that Mr. Stern is going to respond.  All right?
15        MS. SCHWARTZ:  Correct.
16        THE COURT:  Are we now all done with filing the
17   objections to the administrative claims?
18        MR. NEIER:  I believe that's correct, Your Honor.  I
19   do have a --
20        THE COURT:  There was a motion to shorten; right?
21        MR. NEIER:  I do have a by-hand package containing
22   the motion to shorten, although we did send the Word version of
23   the order to Your Honor's --
24        THE COURT:  I have it.  Yes, I have it.
25        So should I enter that today?

1    MR. NEIER:  Yes, Your Honor, because we think that

2  there's plenty of time between now and March 10th to respond --

3    THE COURT:  Okay.

4    MR. NEIER:  -- and we don't think that these are

5  among the more complicated.

6    THE COURT:  All right.  So I'll grant the motion to

7  shorten.

8    MR. NEIER:  Thank you, Your Honor.

9    THE COURT:  And then I'm just paging through

10  everything else that I've gotten and then I also notice that

11  there's a notice of presentment for a plan exclusivity

12  extension.

13    MS. ZAVALKOFF-BABEJ:  Correct.

14    THE COURT:  And I understand there's no objection to

15  that.

16    MS. ZAVALKOFF-BABEJ:  Correct, Your Honor.

17    THE COURT:  All right.  So the presentment date on

18  that is the 18th.  Assuming no objection I'll enter that.

19    That leads us to next week which is the target date

20  for filing the modified plan and the other documents.

21    MR. NEIER:  Your Honor, Mr. Westin has circulated the

22  changes he would propose to make and the parties have

23  tentatively scheduled Thursday afternoon as the page turn

24  ceremony --

25    THE COURT:  The page turn ceremony.

1    MR. NEIER:  -- that we're going to have.

2    MS. ZAVALKOFF-BABEJ:  With respect to that, Your

3    Honor, Mr. Westin sent us -- we just got a copy of their draft

4    so we'll also endeavor to take a look at that particularly with

5    the issues that are of particular concern to our office.

6    THE COURT:  Okay.

7    MS. ZAVALKOFF-BABEJ:  We won't participate in a page

8    turn --

9    THE COURT:  Right.

10   MS. ZAVALKOFF-BABEJ:  -- but we will attempt to give

11   comments there.

12   THE COURT:  Okay.

13   MS. ZAVALKOFF-BABEJ:  And also, Your Honor should be

14   expecting shortly a supplemental application with respect to

15   Mr. Westin, Mr. Westin's firm in accordance with Your Honor's

16   direction.

17   THE COURT:  Okay.

18   MR. NEIER:  Mr. Westin also was involved very heavily

19   in the priority and admin claims so he may have had some delay

20   in getting that out.

21   THE COURT:  Okay.  All right.

22   MS. SCHWARTZ:  No, we've seen it.

23   MR. NEIER:  Okay.

24   THE COURT:  Mr. Bunin, you've done your own analysis

25   of the existing documents?  When we were here last this all

started -- the page turn concept started with your observations

about inconsistencies among the plan documents.  So have you

been working with Mr. Westin or you've done your own thing?

MR. BUNIN:  After the last conference, Judge, I had

an outline, Your Honor will recall, of some selected comments -

-

THE COURT:  Right.

MR. BUNIN:  -- which I furnished separately by e-mail

both to Mr. Westin and Mr. Simpson.  We did not see or have any

conversations after that with regard to Mr. Westin's mark-up of

the plan but the committee has been invited to the Thursday

page turner and we'll be attending.

THE COURT:  Okay.  Great.  You'll also need to -- by

the 25th I think it was contemplated that you would identify a

new trustee for the liquidating trust; right?  Mr. Neier?

MR. NEIER:  Well, I'm going to defer to the Court in

terms of picking a liquidating trustee.  If the Court wants

DASNY's input, I'd rather not be the person selecting the

trustee, I'd rather be --

THE COURT:  Well, the debtor is going to make the

selection with the input of the committee.

MR. BUNIN:  I assume that after the page turner is

completed the parties will have a discussion about who an

appropriate person would be to be the liquidating trustee.

THE COURT:  Okay.  All right.  I mean my observation

1    at the conference was that I viewed my role as approving or

2    disapproving but not picking -- no selecting -- and I think you

3    all agreed to that.

4             MR. NEIER:  I was just trying to put myself in the

5    same camp, Your Honor.

6             THE COURT:  Okay.  Fair enough.

7             All right.  Anything else?

8                     (No verbal response)

9             THE COURT:  Okay.  Onward and upward.

10            Thank you, folks, very much.  We're adjourned.

11            MS. SCHWARTZ:  Thank you, Your Honor.

12            THE COURT:  Oh, one more thing.  This is Mr.

13   Schneiderman's last appearance in this case.  He's moving on

14   for bigger and better things after having served for a year and

15   Ms. Edelbaum and Ms. Eisen will be picking things up after

16   that.

17            So, just to let you know.

18            MR. BUNIN:  I mentioned to Mr. Schneiderman on the

19   phone yesterday that now that Eric Schneiderman has filed

20   papers in the case it's probably good in a sense that the other

21   Schneiderman is gone and we only have one Schneiderman to deal

22   with.

23            MR. NEIER:  And it's really great that the Department

24   of Labor is asking for $12.3 million in admin and priority

25   claims and the plan is sponsored by DASNY.  So we're really in

great shape, Your Honor.

        THE COURT:  I will make no comment on that.

        All right, folks, thank you.

                  * * * * *

# C E R T I F I C A T I O N

\* \* \* \* \*

I certify that the foregoing is a transcript from an electronic sound recording of the proceedings in the above-entitled matter.


__S/ Carla Nutter__

CARLA NUTTER


Dated: February 15, 2011

**A**

**ability** 19:9
37:19
**able** 18:23
28:21 31:14
**about** 11:5
13:1,13 19:2
20:22 21:12
22:12 24:20
25:13,22,23
26:25 27:11
27:12 30:13
34:10 37:4
37:19 41:2
41:23
**above** 44:6
**absolutely**
6:22 8:5
13:18,18
23:4 36:13
**accept** 11:7
**accepted** 10:25
**accordance**
40:15
**accounting**
36:9
**accrued** 26:21
**accurate** 36:13
**accusations**
36:16
**action** 14:2
21:2 34:25
37:3,10,11
37:13
**actual** 21:8
27:9
**actually** 6:16
29:19 33:3
**add** 29:2
**additional** 7:5
24:20 25:24
27:15,21
**address** 7:1,2
35:3
**addressing**
28:18
**adjourned**
42:10

**adjusting** 14:8
**admin** 12:11,12
12:25 13:2
13:14 34:18
40:19 42:24
**administra...**
14:11 19:22
24:19 38:17
**advantage**
25:20
**adversary** 1:12
3:8,21,23
4:21 7:20
**advise** 25:5
**after** 13:12
19:13 20:14
35:23 36:2
37:5 41:4,10
41:22 42:14
42:15
**afternoon**
39:23
**again** 19:8
**against** 15:23
29:23 32:13
32:17 36:16
**ago** 4:19
**agree** 23:13
27:18,23,24
29:7 30:11
**agreed** 42:3
**agreement** 5:6
7:22 26:9
**agrees** 34:1
**Ah** 3:2
**ahead** 24:17
29:3
**al** 1:6
**Albany** 12:22
19:25 37:19
**allow** 18:11
19:11 20:6
**almost** 6:23
**already** 5:12
9:24 21:5,19
22:10
**Alston** 1:19
**alternative**
18:21

**although** 3:11
17:25 37:19
38:22
**always** 3:24
6:23,23
27:20
**amended** 6:7
**among** 37:5
39:5 41:2
**amount** 4:10
9:14 10:9
13:14 16:25
19:6 37:18
**analysis** 40:24
**Andrea** 2:9
14:12
**another** 13:12
**anybody** 29:22
34:1
**anything** 7:6
11:5 42:7
**anyway** 26:7
**apologize**
17:18
**appear** 7:23
**appearance**
42:13
**Appearances**
1:14,23 2:1
**appears** 17:4,9
28:21
**applicant**
22:25
**application**
20:10 21:7,8
21:11 27:8
31:1 40:14
**applications**
17:22
**appointing**
14:22 15:1
**appointment**
18:6 20:6
**appreciate**
24:10,18
34:17 37:20
**appropriate**
23:5 37:3
41:24

**approving**
21:16 42:1
**apps** 37:22
**argument** 10:21
**arise** 18:25
**around** 20:12
**arrive** 28:1
**aside** 10:13
**asked** 14:19
33:4
**asking** 42:24
**Assistant** 2:10
**assume** 12:5,6
41:22
**assumed** 6:19
**assuming** 13:9
22:2 39:18
**attempt** 40:10
**attending**
41:12
**attention** 20:8
**attorneys**
24:21
**Auth** 1:21
**authority** 1:9
18:8
**available**
15:17 19:13
20:17
**Avenue** 1:19,22
1:25
**aware** 16:22

**B**

**back** 20:25
22:9 25:7
29:18
**ballots** 11:13
11:14
**BANKRUPTCY** 1:1
1:13
**based** 26:25
**basically** 29:5
31:21
**basis** 14:6
18:1,2 27:16
29:25 31:4
**BATES** 9:3,10
**Battery** 2:5

**battle** 29:21
**because** 6:4
  7:4 9:2
  11:17 13:2
  13:24 14:19
  16:12 17:20
  22:12 26:3
  28:1,20
  29:10 31:20
  32:13 33:4
  33:21 37:1
  39:1
**before** 1:13
  21:12 23:8
  23:23 34:1
  34:11 36:7
**behalf** 4:3
  33:13
**being** 26:2
  31:14,23
  32:13 34:23
**believe** 33:14
  33:21 38:18
**believes** 16:2
**beneficiaries**
  13:7
**benefit** 15:4
  18:13 23:11
  23:24 26:12
**best** 28:1
**better** 42:14
**between** 17:5
  23:18 39:2
**beyond** 10:15
  13:11
**big** 8:21
**bigger** 42:14
**Bird** 1:19
**bit** 5:12 17:20
**Bolk** 9:22 10:1
**Boston** 8:21
**both** 4:18
  11:14 29:21
  41:9
**bound** 7:11 9:2
**Bowling** 1:3
**boxes** 8:23
**bridge** 31:6
**brief** 5:4 6:17

**briefing** 4:18
  4:20
**briefly** 14:24
**briefs** 7:5,9
**bring** 19:9
  20:8,15
**budget** 26:17
**Bunin** 1:18
  3:20 5:2
  10:19,20,24
  11:1,8,12,22
  12:2 19:23
  24:25 35:9
  35:10,10,15
  35:20,22,25
  36:6,21,23
  40:24 41:4,8
  41:22 42:18
**burden** 24:19
  25:23
**business** 4:12
**by-hand** 38:21

**C**
**call** 25:14
  31:14
**called** 25:3
  29:17
**calling** 25:18
**calls** 11:1
**camp** 42:5
**can't** 27:20
  36:3
**cap** 26:23 27:7
  27:11 31:3,5
**capable** 30:16
**care** 3:16
  24:16
**Carey** 29:18
  31:16,17
**Carla** 1:24
  44:9,10
**carried** 11:18
**case** 5:23 6:4
  6:23 14:10
  15:4 16:3
  17:21,21,24
  18:10 20:18
  26:10 28:7,9

  28:10 29:19
  31:16,24
  33:1 34:20
  36:8 42:13
  42:20
**cases** 17:24
**CEO** 7:21
**ceremony** 39:24
  39:25
**certain** 28:18
**certainly** 7:1
  35:4 37:11
**certify** 44:5
**chambers** 15:11
  15:20 17:6
  34:2
**change** 25:4
**changed** 3:2
**changes** 25:6
  39:22
**CHAPMAN** 1:13
**characterize**
  36:16
**choice** 29:6
**chooses** 26:6
**Christmas**
  21:12
**circulated**
  39:21
**claim** 13:12
  17:12
**claims** 12:11
  12:12,21,25
  13:2 14:11
  19:22 34:18
  38:17 40:19
  42:25
**class** 11:6
**Clay** 31:20
**clear** 15:11
  38:11
**Clearly** 31:15
**client** 25:5,8
**closed** 22:7
**Code** 36:11
**cognizant** 27:5
  31:3
**come** 12:24
  14:16,19

  19:16 22:9
  23:25 27:20
  29:17 33:5
**comfortable**
  3:14
**coming** 16:1
  30:17
**Comm** 1:18
**comment** 11:3
  16:7 43:2
**commenting**
  34:17 36:12
**comments** 25:1
  40:11 41:5
**committee** 1:5
  4:4 5:3
  10:20 12:3
  13:13 15:15
  15:17 35:11
  35:12 37:11
  37:14 41:11
  41:21
**committee's**
  7:10 9:22
**communication**
  19:25
**comparing**
  30:16
**compelling** 7:6
  29:24
**compendium**
  8:12,13
**compensate**
  18:3
**compensated**
  26:14,19
  36:19
**competing**
  29:21,25
**completed**
  41:23
**completely**
  34:15
**complicated**
  39:5
**concept** 41:1
**concern** 40:5
**concerned** 16:6
  24:20 25:13

25:23
**concerns** 15:12
**conclude** 27:17
**concluded** 25:4
**conclusion**
  27:20 30:18
  36:5
**conclusions**
  15:24 27:17
  36:18
**conduct** 18:5,6
  18:7
**conducting**
  29:23
**conference**
  1:12 3:8
  14:17 15:10
  15:20 17:6
  34:3 41:4
  42:1
**confirmable**
  14:10
**confirmation**
  10:8,18,21
  12:2,4,9
  13:20 16:3
  17:20 19:10
  19:24 28:7
  28:10 29:24
**confirmed**
  20:18
**confirming**
  4:13
**conjunction**
  19:10
**connection**
  17:3 31:8
**consider** 7:18
  16:11 20:10
**consideration**
  25:2
**constraints**
  31:23
**consulted** 7:18
**contact** 15:13
  17:5 28:21
**contacted**
  24:25
**contain** 28:18

**containing**
  38:21
**contemplated**
  4:23 41:14
**contested**
  29:20
**context** 26:6
**continue** 17:17
**continued** 1:23
  2:1
**continuing**
  12:23
**conversation**
  13:1
**conversations**
  23:10 25:1
  36:7 41:10
**cooperative**
  24:23 25:14
  25:20,25
**copies** 9:9
**copy** 14:14
  40:3
**correct** 8:16
  10:3 17:2
  35:8 38:15
  38:18 39:13
  39:16
**correctly**
  35:17
**correspond...**
  14:1
**cost** 18:4,9
**could** 10:13
  14:9 15:13
  23:25 28:11
  28:14,18
  34:18
**couldn't** 11:15
**counsel** 17:4
  32:18
**counterpro...**
  19:3
**countersug...**
  19:8
**counter-de...**
  8:2
**couple** 6:7
  24:8

**course** 9:1
  34:25
**court** 1:1,24
  3:1,5,10,16
  3:20,23 4:2
  4:5,7,11,13
  4:16 5:1,9
  5:14,16,20
  5:24 6:1,6,9
  6:12,15,19
  6:25 7:3,9
  7:16,24 8:1
  8:5,8,10,13
  8:17,22,24
  9:4,7,11,15
  9:20,23 10:2
  10:4,7,14,17
  10:23,25
  11:6,11,16
  11:21,23
  12:5,12,16
  13:3,5,8,9
  13:21 14:18
  14:23 15:3,6
  15:9,15,20
  16:8,13,15
  16:17,19,20
  16:24 17:2,8
  17:17,19
  18:13,17,20
  18:22 19:2,5
  19:17 20:24
  21:4,6,9,11
  21:14,16,18
  21:24 22:6
  22:13,16,19
  22:23 23:3
  23:11,16,20
  23:22 24:3,7
  24:9,14,16
  25:8,10 26:1
  27:4,8 28:3
  28:6,8,13,16
  28:23 29:1,3
  29:9,15,15
  29:18 30:1,2
  30:4,6,11,13
  30:16,20
  31:9,13,19

  31:22 32:4,7
  32:11,12,16
  32:21,22,25
  33:8,10,10
  33:15,17,20
  33:25 34:4
  34:10,14,20
  35:4,6,9,14
  35:19,21,24
  36:1,13,22
  36:25 37:16
  37:23 38:3,6
  38:8,16,20
  38:24 39:3,6
  39:9,14,17
  39:25 40:6,9
  40:12,17,21
  40:24 41:7
  41:13,16,17
  41:20,25
  42:6,9,12
  43:2
**courtroom**
  14:17
**courts** 7:2
**Court's** 18:23
**covered** 26:10
**credit** 34:16
**creditor** 11:14
**creditors** 1:6
  1:18 11:2,4
  35:10 37:13
**critical** 34:22
**cross** 10:5
  31:6
**cut** 15:23
**cuts** 26:24

                D
**Daniel** 7:21
**DASNY** 12:20
  42:25
**DASNY's** 41:18
**date** 5:15,21
  19:7 20:6
  39:17,19
**Dated** 44:12
**DAVID** 1:21
**day** 10:10,13

10:16,18 33:18 34:7
**days** 4:12 21:12
**deadline** 19:10 19:19 20:2,4 28:19,20 34:1
**deal** 31:9 42:21
**dear** 33:1
**debt** 5:5
**debtor** 1:4,15 7:21 41:20
**debtors** 12:20 19:20
**debtor's** 17:4
**decision** 30:22
**decisions** 34:23
**declarations** 9:23,24
**deem** 37:3
**defendant** 1:11 3:24 9:19
**defer** 41:16
**defray** 18:4,9
**delay** 17:10,15 40:19
**Department** 42:23
**deposing** 25:17
**deposition** 7:14,19,20 7:20 8:12 12:3
**designations** 8:1
**determines** 35:22
**didn't** 19:14 22:10 31:20 34:15
**difference** 11:16,17,25
**different** 9:19 36:19,20
**diligently** 15:5

**direct** 9:25
**direction** 18:24 40:16
**directives** 16:4
**disagreement** 12:18
**disapproving** 42:2
**discharge** 16:7 18:11 20:9 28:11,14,17 30:23 37:24
**discharged** 29:20,22 30:24 31:7 34:24 35:1 35:18
**discharging** 18:22
**discovery** 29:23 31:15
**discretion** 29:15 .
**discuss** 3:13 37:2
**discussed** 33:22
**discussion** 6:2 27:9,25 41:23
**disgorge** 21:3 22:2
**disgorgement** 14:8 18:3 19:1 20:17
**disgorgements** 26:15
**dismiss** 1:12 4:24
**displeasure** 15:21
**dispute** 26:6
**disputes** 36:18
**disputing** 22:25
**DISTRICT** 1:1
**docket** 3:12 16:12,13,16

35:7 38:13
**documentary** 22:7
**documentation** 7:12 8:25 20:7
**documents** 8:14 9:9,12,13 15:23 20:3 22:20 23:1 26:5 27:15 39:20 40:25 41:2
**doesn't** 6:2 23:23 35:12
**done** 20:10 38:8,16 40:24 41:3
**don't** 3:6,16 4:13,21,24 5:16,16,18 5:20 6:16 7:4,5 9:17 10:11,15 11:3,22 12:6 14:3 22:24 23:5,7,18,21 26:3 29:9 30:5,8,9,12 32:14 33:21 37:20,21,23 37:24 39:4
**door** 6:17
**Dormitory** 1:9 1:21
**down** 14:25 16:1 33:19
**Dowsky** 5:23,25
**Dr** 7:21
**draft** 40:3
**dragged** 26:19
**draw** 8:14
**due** 30:7
**duplicated** 25:18
**duplication** 25:24 27:12
**during** 17:5 28:22

**E**

**each** 12:7
**earlier** 34:18
**early** 15:6
**easier** 9:5
**economic** 28:3 28:4
**Edelbaum** 42:15
**effect** 6:5,10
**efficient** 28:2
**effort** 12:1 25:19 27:13 34:10 37:20
**Eisen** 42:15
**either** 23:21 26:13,15
**electronic** 44:6
**else** 39:10 42:7
**enable** 14:10
**encourage** 37:4
**end** 5:4 6:17 17:21 18:11 33:18
**endeavor** 40:4
**endeavoring** 9:1
**enough** 42:6
**Enron** 36:8
**enter** 21:14 28:11,14 30:25 38:25 39:18
**entered** 14:21 14:25
**entire** 10:13 10:17
**entirely** 17:12
**entitled** 29:12 44:7
**Eric** 42:19
**Erin** 1:15 33:12
**ESQ** 1:15,18,18 1:21 2:9
**essence** 24:4
**estate** 18:3

24:20 25:24
26:11,14
34:16 37:13
**estimate** 10:8
**et** 1:6
**eventually**
26:15
**every** 9:9
**everybody**
34:13
**everything**
4:17 39:10
**evidentiary**
18:24
**exactly** 12:20
**examination**
10:6
**examiner** 3:13
13:23,25
14:16,22
15:1,2,5,13
15:17 16:5,6
16:23 17:5
17:15 18:1,4
18:6,7,9,11
18:22,23
19:15 20:5
22:4,17,21
23:2,9,9,23
26:12 29:17
29:20,22,22
29:23,24
30:3 31:14
32:23 33:4
34:23 35:3
35:13 36:15
38:1,4
**examiners**
36:12
**examiner's**
14:4 15:24
18:8,13 23:6
23:15 26:9
26:13,15
29:16 30:9
34:11 36:10
**except** 17:6
**excerpts** 7:15
8:11

**excess** 21:18
26:23
**exclusivity**
39:11
**excuse** 17:15
29:2
**exercise** 36:19
**exhibits** 7:10
7:10,11 8:15
8:17,19,20
8:20 9:10
**exist** 29:25
**existing** 40:25
**exists** 26:2
**expect** 4:21
**expectation**
38:14
**expected** 33:1
**expecting**
40:14
**expended** 17:2
17:3
**expenses** 26:22
27:9 31:2
**expert** 9:22
**explore** 13:15
**expressed**
32:22
**extend** 19:10
**extended** 19:15
20:6
**extension**
39:12
**extent** 10:6
13:25 14:3,4
27:15,19
29:11 30:14
36:15 37:9
**e-mail** 41:8
**e-mails** 7:12

**F**

**fact** 5:12
12:22 15:13
15:18 16:12
17:13 18:7
19:24 32:17
**fail** 37:20
**fair** 4:10 22:6

37:18 42:6
**fairness** 33:7
**far** 9:21 12:21
16:5
**Fay** 17:24
**February** 1:4
15:2,18 36:8
44:12
**fee** 17:22
20:10,12,25
21:7,8,11
24:12 26:6,9
26:20 27:8
31:1 37:22
**feel** 7:6,7
**feels** 38:12
**fees** 14:6
17:23 18:2
18:25 19:1,6
20:15,17
21:5,16
24:14,15,16
24:20 26:10
26:13,15,21
27:9 31:2,2
37:4 38:11
**few** 4:12 20:22
**fiduciary**
37:12
**fifteen** 23:8
**figure** 20:13
36:3
**figuring** 10:10
**file** 15:22
17:11,23
19:11,11
20:9 22:2,2
25:16 26:3,3
27:21 28:24
28:25 29:6
34:6 35:6,18
35:22 36:17
37:22
**filed** 3:11
15:19 16:12
16:13 17:14
25:2 36:9
38:13 42:19
**filing** 10:20

17:15 36:11
38:16 39:20
**final** 20:9,14
**fine** 5:19 8:8
8:10 33:2
**firing** 26:2
**firm** 5:20
19:18 26:21
32:8,18,19
34:8,9,9
36:9,17
40:15
**first** 3:17,23
3:25 4:2
21:2 29:14
34:16
**fitting** 26:16
**flooded** 4:9
**folks** 4:22
13:3,6 23:10
42:10 43:3
**follow** 23:2
**forbid** 29:22
**foregoing** 44:5
**forget** 32:17
**forgive** 14:24
**form** 18:1 36:5
38:5,13
**former** 7:21
**forth** 27:16
34:25
**fortunately**
37:21
**forward** 18:14
27:7 29:16
**found** 18:5,7
23:1
**foundation**
23:14
**frame** 12:10
16:22 28:22
**frankly** 22:9
27:5
**free** 7:7 11:24
30:23 34:24
**from** 5:2,2 8:7
8:11,14,18
8:19 10:1
11:1 17:9

19:5,6,13
20:25 21:8
24:2,6 25:6
25:11,24
26:7 27:10
29:13,23
31:4 33:12
34:21 44:5
**full** 23:24
**functions**
29:16
**fund** 13:7,12
**funds** 12:25
13:4,11,15
14:9 16:25
20:17
**furnished** 41:8
**further** 14:5
18:2 20:7
23:9 26:3,4
31:9 37:2

**G**
**gap** 20:16
**gave** 25:5
**Gen** 8:21
**General** 1:3,6
33:13
**getting** 38:5
40:20
**give** 19:18
29:5,18
40:10
**given** 25:19
27:6 32:25
**go** 3:7,24 9:5
10:15 12:10
12:12 13:14
13:17,19
25:13 29:3
34:21
**going** 3:18
6:24 8:1 9:8
9:20,24
11:25 12:10
13:17,19
16:9 19:11
19:12,13,15
20:25 23:9

23:14,15
24:16 25:24
26:7,10,13
26:14,24,25
27:7 29:9,10
29:16 32:5
34:24 35:1
35:16 36:24
37:7 38:13
38:14 40:1
41:16,20
**gone** 42:21
**Gonzalez** 36:8
**good** 3:1,6 4:5
24:5,7 27:12
42:20
**gotten** 12:21
12:22 39:10
**grant** 39:6
**great** 41:13
42:23 43:1
**Green** 1:3
**guess** 3:10 5:1
11:4 24:12
**guessing** 17:22
**guided** 35:13

**H**
**half** 10:10
**hallway** 3:19
**hand** 36:14
**handful** 9:13
**hands** 19:23,24
38:10
**hang** 20:12
**happen** 17:20
23:6
**happened** 18:4
**happens** 38:11
**happy** 3:24
4:25 5:11
7:25 17:12
31:22
**hard** 34:9
**hasn't** 16:12
**haven't** 12:21
37:14,24
**head** 19:9
20:15 36:3

**hear** 17:9 19:5
19:6 24:2
26:7 29:13
**heard** 20:2
25:11,21
**hearing** 6:20
10:18 20:12
24:10 29:19
29:24
**hearsay** 8:6
**heart** 33:1
**Heavens** 8:22
**heavily** 40:18
**help** 14:9
20:18
**helpful** 4:25
7:9 23:11
**Hepner** 13:1,17
**here** 13:22,22
14:17 15:11
17:7 22:1,12
24:4 27:14
27:25 28:19
32:1,8,13,19
32:23 33:2,2
33:4,5 34:23
37:1 40:25
**he'd** 34:5
**he's** 14:17
19:11,12
20:10 29:9
29:10 31:23
32:23 33:2,4
42:13
**hold** 32:13
**holding** 32:16
**Honor** 3:4,6
4:3,8,15,23
5:8,11,15,19
5:22 7:18
8:3,16 10:1
10:3 11:9,22
12:17,20
14:14,21,21
15:10 16:10
16:11,22
21:21 23:17
24:5,18
26:24 27:3,7

27:24 28:11
28:19,20,22
29:2 31:25
32:9,10,20
33:3,7 34:19
35:10,13
38:2,7,18
39:1,8,16,21
40:3,13 41:5
42:5,11 43:1
**HONORABLE** 1:13
**Honor's** 8:7
16:4,4 18:16
38:23 40:15
**hook** 22:8
**hope** 13:14
**hoped** 3:13
**hopeful** 12:24
**HOSPITAL** 1:3,6
**hours** 3:12
**Hubbard** 2:4
24:6
**Hughes** 2:4
24:6
**hurdle** 13:16

**I**
**identified**
18:1
**identify** 33:10
41:14
**imagine** 32:4
**important** 6:3
22:1
**impression**
33:22
**inclined** 20:1
20:11 22:7
**including**
26:19
**inconsiste...**
41:2
**incurred** 19:7
31:3
**indicated** 11:2
15:21
**individually**
32:18
**information**

25:15
**initial** 24:24
**innovative**
  13:16
**input** 27:21
  41:18,21
**integrity** 16:2
**intended** 34:22
**intends** 14:2
**intention**
  15:22 26:18
**interest** 37:12
**interested** 5:2
  5:9 6:20
**interesting**
  6:13 27:25
**interests**
  34:16
**interns** 13:13
**invitation**
  19:15,17
**invited** 32:2
  41:11
**inviting** 30:19
  30:20
**invoke** 24:24
**involved** 40:18
**Island** 5:25
**isn't** 24:3
**issue** 4:19,20
  5:1 14:3,9
  15:2 20:15
  24:12,21,22
  25:3 26:1
  31:8 37:16
**issued** 15:6,8
**issues** 10:8
  11:12 15:18
  17:20 20:14
  23:18 24:12
  27:1 35:13
  37:9 40:5
**it's** 4:24 6:3
  6:7,10,12
  10:11 11:2
  11:20,25
  19:12,22,24
  20:20 21:22
  22:12 23:23

24:23 26:12
27:25 31:20
33:2,12
34:15 36:17
38:12 42:20
42:23
**I'd** 6:20 22:6
26:24 30:22
34:2 41:18
41:19
**I'll** 5:16
10:19 12:17
13:25 25:14
25:14,15,15
25:16 38:10
39:6,18
**I'm** 4:8 9:1,8
9:18 12:23
13:21,24
16:10 17:14
17:22 20:11
20:20,25
22:7 23:2,13
24:3 25:13
25:23 26:24
26:25 27:5,6
27:11,14
30:13,16,22
31:16 32:12
32:22 34:22
36:3 39:9
41:16
**I've** 7:18
13:17 23:6,6
24:13 25:21
34:20 39:10

**J**
**January** 14:22
14:25 15:8
**job** 31:21,23
**Johnson** 1:18
4:3,3,6,8,12
4:15 5:8,11
5:15,19,22
6:4,22 7:1,8
7:14,17,25
8:3,6,9,11
8:16 10:3,5

10:12,15,19
**join** 3:18
**Judge** 1:13
29:18 31:16
31:16 36:6,8
36:21 41:4
**judgment** 27:18
**just** 3:8 4:13
5:17 6:3 8:1
9:2,13 10:7
11:4,9 12:7
12:25 14:24
16:6 17:17
17:19 19:4
22:12 24:18
27:2,6,11
29:2,14,17
31:17,25
32:12,22
33:23 34:2
35:2,15 36:6
36:20,23
38:5 39:9
40:3 42:4,17

**K**
**keeping** 19:25
**kind** 13:16
17:19 26:11
**know** 3:7 4:21
5:3,17,23
6:16,22 8:21
9:21 11:14
11:22,24
12:7,9,22
16:3,21
19:14 23:14
24:20 26:2
27:4,4 28:9
28:17,20
29:23 31:3
32:11,25
37:5,13,24
37:24 42:17
**known** 32:1,23
**knows** 6:4

**L**
**Labor** 42:24

**Lane** 1:16
**large** 5:6
11:18
**largely** 7:11
19:23,24
**largest** 13:12
**last** 3:12
34:12 40:25
41:4 42:13
**later** 15:1
20:15
**latest** 14:1
**law** 32:18,19
**lawyers** 32:17
**leading** 14:7
**leads** 39:19
**learned** 34:20
**least** 10:1
11:13 12:24
16:18 23:14
**leave** 5:16
38:10
**left** 13:11,14
26:17
**lending** 6:23
**lengthy** 5:6
**Leslie** 17:24
**letter** 14:14
14:15 16:9
16:11 33:5
33:15 34:25
**let's** 20:22
29:1 31:4
**lien** 6:24
**light** 11:17
33:5 37:17
**limitations**
4:18
**limited** 16:25
**line** 13:10
26:2
**lines** 19:25
**liquidating**
41:15,17,24
**listen** 20:7
25:14 29:6
**listened** 24:13
**listening**
24:19

litigate 29:7
  29:10
litigation
  25:17,25
  26:16,19
litigious
  25:21
little 5:12
  17:19 20:20
live 7:23 9:15
  9:16,17 10:5
LLP 1:19
loan 7:11 8:25
long 9:18
  10:11
look 20:12
  34:20 36:4
  40:4
looked 7:12
looking 11:12
  23:3 38:5
lot 6:2
loud 27:14

**M**

made 15:17
  34:23 36:16
  37:2,17
Madison 1:25
Maher 25:8,9
make 4:16
  11:16,25
  19:2 23:23
  27:18 30:14
  30:15,15
  35:16 36:23
  39:22 41:20
  43:2
makes 20:20
making 27:12
  36:11
mal 11:6
MALE 3:19,22
  4:1
man 29:13
March 12:10
  39:2
margin 11:18
mark-up 41:10

MARTIN 1:18
Marty 35:10
Marx 1:16
  13:22 14:2,7
  17:23 18:14
  20:3,4 21:8
  21:19 25:11
  26:4 27:15
  28:24 29:5
  30:14,23
  31:8 33:9,13
  34:24 35:6
  35:18 36:2
  38:12
matter 24:17
  44:7
matters 3:12
  18:24 19:20
  20:8 26:20
may 11:25 12:3
  14:4,5,9
  18:1 22:4
  25:20 29:11
  31:5 37:10
  37:11,13
  40:19
mean 7:3 10:11
  23:14 25:8
  27:25 28:14
  32:15 37:8
  37:11,14
  41:25
mechanically
  7:17
mechanism
  20:14
med 11:6
meet 25:15
meeting 20:4
mentioned 36:7
  42:18
merely 34:17
  37:17
MICHAEL 1:18
middle 12:7
might 9:5,19
  37:3
Mike 4:3
million 12:19

  12:19 21:18
  42:24
mind 5:15
minutes 23:8
misconduct
  17:25
Mittendorf
  1:16
modified 39:20
Monday 34:6
money 29:13
  31:23 37:18
  37:19
monthlies
  21:10
monumental
  34:10
morning 3:1,6
  4:5,9 15:18
  24:5,7,11,13
  24:19
mortgage 6:4
  6:24
motion 1:12
  4:24 18:25
  21:3 22:2,2
  22:3 38:20
  38:22 39:6
moved 16:3
movie 23:8
moving 42:13
much 6:20 7:4
  21:12 34:18
  42:10
multiple 15:16

**N**

near 33:1
necessary 10:6
  12:24 25:4,6
  25:16
necessitated
  18:6
need 10:9 12:6
  13:18,19
  19:5,6 22:4
  24:1 26:7
  37:6,8 41:13
needed 17:11

needless 11:23
needs 37:25
  38:12
Neier 1:21 3:4
  3:5,6,20,24
  4:23 5:4,23
  5:25 6:2,7
  6:10,14,16
  7:18,22 8:17
  8:19,23,25
  9:5,8,12,17
  9:21 10:1,10
  11:9,20 12:9
  12:14,17
  13:4,6,9
  19:23,24
  29:12,14
  30:2,5,7,19
  31:10,20,25
  32:6,10,12
  32:14,20,22
  34:1,5,19
  38:18,21
  39:1,4,8,21
  40:1,18,23
  41:15,16
  42:4,23
Neier's 37:17
new 1:1,4,4,10
  1:17,17,20
  1:20,22,22
  2:6,6,12,12
  41:15
next 1:23 5:17
  39:19
night 34:7
nobody 12:23
  32:2
non-party 7:19
  7:19
normal 18:10
North 1:3,6
  33:13
note 16:10
  36:6
noted 10:25
  36:8
nothing 25:11
  34:21

notice 11:14
 39:10,11
now 16:18
 18:11 25:13
 26:21 28:15
 31:6 37:9,10
 38:16 39:2
 42:19
nowhere 12:22
number 3:11
 8:23 24:25
 25:1 27:1
numbered 9:3
numbers 12:19
numerosity
 11:18
numerous 17:11
Nutter 1:24
 44:9,10
NYS 1:21

O

objected 34:18
objecting 14:6
 36:11
objection
 10:21 17:23
 18:2,25 22:3
 39:14,18
objections
 12:21 13:10
 17:11,13
 19:22 34:6,8
 38:17
obligated 31:7
obligation
 37:12,12
observation
 37:17 41:25
observations
 23:11 24:8
 41:1
obtained 26:16
obviously 9:8
 9:18 24:22
 31:11 35:3
 37:8
occasions
 15:16

occurred 18:5
 18:7
office 2:8
 19:16 30:8
 32:2 40:5
official 1:5
 9:2
officially 9:9
often 32:17
Oh 16:14 23:13
 42:12
okay 3:10,20
 4:7,15 5:14
 5:22 7:8,16
 8:3,9,11,13
 8:17,24 9:7
 9:11 10:2,4
 10:7,14,23
 14:18 16:14
 18:17,20
 20:24 21:20
 22:6 25:10
 30:1 33:17
 33:20 35:14
 36:22,25
 38:3,6,8
 39:3 40:6,12
 40:17,21,23
 41:13,25
 42:6,9
once 31:7
one 1:3 2:5
 5:1 7:17,19
 11:9,9,13
 12:2 17:17
 20:9 22:9
 24:12,21
 25:3 29:4,20
 36:7,10
 42:12,21
only 22:11
 37:7 42:21
Onward 42:9
open 7:4 19:25
opportunity
 25:5,19 35:3
 35:18
oral 29:18
order 14:21,25

15:1 16:4,7
 16:21 18:3
 18:22,23
 21:2,14 22:1
 22:3 27:3
 28:14,17
 30:25 37:24
 38:5,23
originally
 28:22
other 5:20
 9:12 10:8
 11:3 12:7
 17:24 18:4
 19:20,21
 21:3,25
 28:21 29:4
 34:23 36:14
 39:20 42:20
otherwise
 26:11
outline 41:5
overall 28:9

P

package 38:21
page 1:23 9:9
 39:23,25
 40:7 41:1,12
 41:22
paging 39:9
paid 21:5,19
 26:13
paper 4:10
papers 42:20
paperwork 9:14
Park 1:19,22
 2:5
part 8:12 14:7
 16:11,18
 21:1 23:15
 25:17 29:7
participate
 18:23 40:7
particular
 40:5
particularly
 7:6 9:18
 19:19 40:4

parties 15:11
 26:9 27:10
 28:21 37:4
 39:22 41:23
party 15:12
 22:15
party-in 37:11
party-in-i...
 23:4
past 4:12
pay 12:25
payment 18:2
pension 13:4,7
 13:11,15
percent 13:2
 13:10,13
 18:15
perfectly
 30:16
perhaps 37:1
period 17:5
person 41:18
 41:24
personally
 12:9
perspective
 8:7 25:6
pertaining
 3:12 19:20
phone 42:19
pick 19:8
picking 41:17
 42:2,15
place 5:6 20:2
 22:10 33:24
Plaintiffs 1:7
plan 29:21
 39:11,20
 41:2,11
 42:25
planning 4:22
 12:8
plans 29:25
play 17:19
 18:10,12,12
Plaza 2:5
please 3:1
 33:11
plenty 39:2

**point** 5:4,7,13
  6:3,13 11:22
  13:24 17:4
  19:21 21:21
  21:22 22:11
  24:1 30:22
  32:15 34:2
**points** 27:11
  27:12 31:25
**position** 17:10
  22:25 23:15
  26:5 31:5
  35:12
**possibility**
  29:4 34:17
**possible** 12:3
**potential** 11:8
  14:7 18:25
**potentially**
  25:22
**precedent**
  20:19 30:2
**precisely**
  23:20,22
**prejudge** 14:3
**prejudging**
  37:16
**prejudice**
  23:16
**prepare** 17:11
**prepared** 27:6
**preparing**
  24:24
**prerogative**
  25:12
**presentment**
  39:11,17
**preserving**
  19:9
**president** 7:21
**pressed** 19:19
**pre-trial** 1:12
  3:8,17 14:16
  33:23
**priority** 12:11
  12:25 13:2
  13:14 40:19
  42:24
**probably** 20:19

  42:20
**problem** 8:6
  22:11
**proceed** 4:9
  26:7
**proceeding**
  1:12 3:8
  7:20
**proceedings**
  31:9 44:6
**process** 14:20
  16:2 18:16
  24:22,23,23
  25:14,20,21
  25:25,25
  30:5,8
**produce** 15:22
  20:3
**produced** 22:21
  22:21
**produces** 26:4
**production**
  20:2
**prohibition**
  36:15
**proofs** 17:11
**Properties**
  5:25
**propose** 39:22
**proposed** 16:7
**prosecute** 22:1
  22:3
**prosecution**
  19:22
**provide** 14:5,9
  18:22
**provided** 16:21
  27:3
**provides** 15:1
**provision**
  36:10,14
**provisions**
  28:18
**prudent** 3:7
**pursuant** 26:20
**pursue** 34:24
**put** 8:20 9:8
  26:2 27:8
  31:4 34:16

  42:4
**puts** 18:14
**putting** 27:19

––––––––– **Q** –––––––––
**quality** 21:12
  21:15
**question** 34:12
**questions**
  14:20 15:12
  30:21 36:4
**quickly** 15:5
**quite** 11:18,18
  29:20

––––––––– **R** –––––––––
**raised** 5:4
  28:19
**raises** 26:20
**raising** 27:12
**rather** 7:22
  10:12 20:15
  41:18,19
**read** 23:6,6
**reading** 36:2
**real** 8:21
**realize** 20:19
**really** 7:5
  10:10,11
  12:10,14
  13:6 21:22
  33:18,23
  42:23,25
**reason** 6:3
  13:24 17:10
**recall** 41:5
**receive** 4:21
**received** 14:1
  16:9 33:5
**recharacte...**
  4:20
**recharacte...**
  5:5
**recollection**
  15:21 27:2
**record** 16:12
  16:19 22:7
  36:9
**recording** 44:6

**recovery** 11:2
**redirect** 10:6
**reduce** 26:25
**reflecting**
  31:2
**refresh** 27:2
**regard** 10:8
  19:20 23:12
  31:5 37:4
  41:10
**Regency** 1:24
**relating** 5:4
**relevant** 9:1
**relief** 27:10
  31:4
**relitigate**
  23:18
**rely** 7:25 9:24
  23:14 29:11
  29:12
**replies** 4:22
**reply** 4:23 5:2
  5:10 6:21
  7:7 15:22
  36:2
**report** 14:4
  15:2,6,8,13
  15:19,22
  16:23 18:8
  20:9,14 23:6
  23:7,15
  24:24,25
  25:2,4,16
  27:22 28:25
  29:7,8,18
  30:9,9,17
  34:11 35:5
  37:17
**reporter** 33:10
**Reporting** 1:24
**reports** 36:10
  36:12
**representa...**
  25:22 32:7
**represents**
  8:13 32:14
**request** 14:15
**requested**
  12:20

**requesting**
  25:7
**research** 5:13
**reserve** 31:11
  31:17
**reserving** 36:3
**residents**
  13:13
**resolution**
  14:9
**respect** 10:22
  11:13 12:2,4
  14:1,10,20
  15:12 16:1,5
  18:18,24,25
  19:1,21,23
  22:4 23:1,8
  24:2 26:21
  28:25 30:7
  31:12,15,18
  35:12 36:9
  37:2,15
  38:11 40:2
  40:14
**respond** 31:7
  38:14 39:2
**responded**
  34:11
**responds** 30:3
**response** 3:15
  17:15 18:13
  27:19 30:10
  30:19,20
  33:15 36:9
  42:8
**responses**
  36:11
**review** 20:7
**revised** 25:2
  37:25
**Richard** 2:3
  24:5
**right** 3:10,16
  3:20 6:1,6,9
  6:19,25 7:3
  7:16,24 9:4
  9:15,20,23
  10:4 11:7,11
  11:23 12:5

  12:13,16
  13:5,8,21
  14:23 15:3,6
  15:7,9,25
  16:8,17,20
  17:8 19:14
  21:4,6,13,14
  21:17,20,24
  21:25 22:13
  22:23 23:3
  23:16,22
  26:1 28:3,8
  28:13,16
  29:1 30:6
  31:13,19
  32:9 33:25
  35:4,6,21
  36:17,25
  37:16,21,23
  38:6,7,8,14
  38:20 39:6
  39:17 40:9
  40:21 41:7
  41:15,25
  42:7 43:3
**rights** 20:2
  31:12,18
  36:4
**ripe** 21:22
  37:9
**role** 42:1
**round** 14:1
  22:9
**rule** 13:10
**ruled** 31:17,17
**rules** 12:20
**running** 14:25
**rushing** 6:17

**S**
**safe** 10:12
**said** 6:16 22:8
  25:7 30:4,12
  34:5
**same** 23:18
  25:14 42:5
**saying** 20:21
  21:21 23:2
  23:17 32:12

  34:22
**says** 19:11,12
  19:12
**SCC** 1:2
**schedule** 20:5
**scheduled**
  39:23
**Schneiderman**
  42:18,19,21
  42:21
**Schneiderm...**
  42:13
**Schwartz** 2:9
  3:18 14:2,12
  14:12,19,24
  15:4,8,10,16
  15:25 16:10
  16:14,16,18
  16:21,25
  17:3,8,16,18
  18:15,18,21
  19:4,14
  20:11,22,25
  21:5,7,10,13
  21:15,17,20
  21:25 22:11
  22:14,17,20
  22:24 23:13
  23:17,21
  24:1 25:22
  27:2,23,24
  28:4,7,9,14
  28:17,24
  30:12 31:11
  31:14 32:9
  32:14,16
  33:3 37:5,7
  37:21 38:1,4
  38:10,15
  40:22 42:11
**scratching**
  36:2
**seated** 3:1
**second** 17:17
  24:22
**secured** 6:23
**security** 5:5
**see** 11:17
  13:19 14:21

  16:3 31:4
  33:1 41:9
**seen** 37:24
  40:22
**segway** 13:23
**segwaying**
  13:24
**selected** 41:5
**selecting**
  41:18 42:2
**selection**
  41:21
**send** 38:22
**sending** 33:14
**sense** 20:20
  23:23 25:19
  42:20
**sensitive**
  31:23
**sent** 3:9 16:6
  33:19 40:3
**separate** 20:23
  22:15
**separately**
  41:8
**serious** 36:16
**served** 42:14
**service** 19:20
**serving** 25:17
**set** 7:5,9
  10:13 28:19
  28:22 34:25
**sets** 27:16
**shape** 43:1
**SHELLEY** 1:13
**She's** 3:19
**short** 12:18,18
  12:19 16:22
  37:18
**shorten** 38:20
  38:22 39:7
**shortly** 40:14
**should** 10:15
  31:1 34:11
  38:25 40:13
**shouldn't**
  32:12
**side** 10:12
**sides** 29:21

significant 31:24
Similarly 25:2
Simpson 3:2, 7
  13:22 15:21
  17:9 18:12
  19:11 20:8
  22:8 23:10
  24:3 26:4
  32:1, 5, 15, 17
  33:14 34:5
  34:22 37:1
  41:9
Simpson's
  14:14, 15
  16:9 33:5
  34:9
since 3:7
  19:19
single 10:16
  11:9
situation
  13:24 26:11
skepticism
  37:18
slight 12:18
small 8:22
somebody 12:24
sooner 20:15
sorry 13:21
  24:3, 15
sort 6:24 7:1
sound 44:6
SOUTHERN 1:1
so-to-speak
  26:13
speak 4:2
  10:19 17:7
  37:8
specified 11:3
spent 21:11
spoken 37:14
sponsored
  42:25
stamp 9:3
stamped 9:10
stands 17:14
start 4:13
  25:17

started 5:12
  41:1, 1
STATE 1:9
stated 35:5
States 1:1, 13
  2:8, 10 14:6
  14:12 16:5
statute 4:18
stay 5:6 29:6
steps 20:23
Stern 2:3
  14:16 17:7, 9
  19:5, 6 20:6
  20:9, 11, 14
  22:8 23:24
  24:2, 5, 5, 7, 8
  24:10, 15, 18
  25:9, 11
  26:23 27:5
  28:22 29:1, 2
  29:4 30:21
  30:23, 24
  31:1, 22 32:2
  35:1, 17, 22
  36:4, 7 38:7
  38:14
Stern's 20:5
  30:17
still 6:5, 10
  9:14 12:17
  38:4
stop 12:23
story 36:19, 20
Strawn 1:21
Street 1:16
  2:11
strong 17:25
subject 18:8
  20:1, 5
submission
  30:15, 15, 16
  30:17
submissions
  36:5, 11
submit 9:13
  31:1 37:23
  38:1
submits 27:15
  27:16

submitted 4:19
submitting
  4:22 30:20
subpoena 31:8
subpoenaing
  7:22
subpoenas
  25:18
subsequent
  33:14
substantial
  9:14
suggest 28:20
  29:14, 17
suggestion
  19:4 37:2
suggests 31:10
supplement
  15:19 26:3, 4
  35:23, 24, 25
  36:1, 1
supplemental
  23:7 24:25
  25:16 27:22
  29:6 40:14
supplementary
  20:14
supplemented
  14:5
supported
  27:17
suppose 7:4
  27:14, 20
sure 4:8, 16
  5:11 16:11
  17:14 23:13
  24:9 31:16
  35:16 36:23
surprised 33:4

T
take 3:16 9:18
  12:3 14:2
  21:2 25:20
  26:24 27:6
  35:12 37:10
  37:11, 13
  40:4
taken 22:10

  24:16
takes 26:5
taking 17:10
  33:24
talk 20:22
  25:5, 22 37:4
  37:6
talked 25:3
talking 21:12
  22:12
target 39:19
tell 12:17
tentatively
  39:23
terminate 30:3
terms 9:15
  19:6, 25
  41:17
testify 29:22
  29:24
testimony 9:16
  9:17 22:4
thank 8:22
  38:7 39:8
  42:10, 11
  43:3
Thanks 36:21
that's 4:20
  5:23 6:12, 20
  6:24 8:8, 10
  8:16 10:3
  17:12, 25
  21:17 22:5, 6
  22:7 23:20
  23:22 24:21
  26:16 32:9
  33:18 34:14
  36:13 37:10
  38:7, 18
there's 6:23
  7:5, 17 8:6
  11:13 18:8
  20:13, 19
  29:21 31:4
  32:7 36:14
  36:14 39:2
  39:11, 14
they're 9:2, 3
  13:6 29:12

32:18
**thing** 7:17
  21:25 37:7
  37:20 41:3
  42:12
**things** 3:11
  8:22 28:18
  30:3 35:16
  42:14,15
**think** 3:6 4:9
  4:20,25 6:3
  6:12,19,20
  8:25 9:18
  10:11,15,17
  11:3,20 12:9
  13:18 15:25
  17:16,21
  18:7 19:15
  21:18,20,25
  23:17,22
  24:1 26:1
  27:7 28:1
  29:9,12,25
  30:5,8,9,12
  30:13,22
  31:19,20,22
  32:1,6,14
  35:2 36:4,13
  36:17 38:4
  38:11 39:1,4
  41:14 42:2
**thinking** 27:11
  27:14 30:13
**thinks** 23:5
  34:10
**thought** 3:7
  16:8 18:16
  18:18 22:10
  33:23
**Thursday** 16:6
  34:3 39:23
  41:11
**tight** 28:20
**time** 4:19 5:17
  5:17 10:9
  12:10 16:22
  17:5 20:6
  21:12 24:4
  28:22 30:24

31:2 39:2
**times** 6:7
  24:25
**timing** 14:8,8
**Tittle** 9:22
**today** 13:22
  14:16 22:12
  24:4 29:19
  33:22 34:23
  38:25
**together** 12:6
**told** 12:23
  13:17 32:3
**tomorrow** 19:13
  33:16 34:2
**totally** 30:11
**towards** 13:15
  16:3
**train** 18:16
**Transcriber**
  1:24
**transcript**
  1:12 7:14
  44:5
**transcripts**
  7:19 9:2
**trial** 8:14,20
  8:20 9:10
**Tribune** 29:19
  31:16
**tried** 24:23
**true** 17:12
  21:15
**trust** 41:15
**trustee** 2:8,10
  3:22 14:6,13
  16:1,5 17:23
  20:13 21:21
  22:14,18,21
  23:4 26:6,20
  29:10,11
  31:5 37:3,6
  37:8,10
  41:15,17,19
  41:24
**Trustee's** 2:8
  25:21 30:8
  32:2
**truth** 28:6

**try** 12:23
**trying** 11:15
  13:15 28:1
  34:12 42:4
**turn** 39:23,25
  40:8 41:1
**turner** 41:12
  41:22
**two** 5:17 7:11
  9:21 21:12
  23:18 24:12
  31:25 36:5

**U**

**ultimate** 13:7
**ultimately**
  20:16
**under** 33:22
**understand**
  3:11 7:3
  15:13,16,18
  32:4 34:14
  35:16,17
  39:14
**understand...**
  34:15
**understood**
  22:19 34:14
  36:23
**undertook** 26:8
**unhappiness**
  32:23,25
**unhappy** 32:5
**union** 13:11
**unique** 29:5
**United** 1:1,13
  2:8,10 14:6
  14:12 16:5
**universe** 8:14
**unless** 13:18
**unorthodox**
  20:20
**unsecured** 1:5
  11:1,4
**unsecureds**
  10:25
**until** 16:9
**upward** 42:9
**U.S** 2:8 3:22

15:25 17:23
  20:13 21:21
  22:14,18,21
  23:3 25:21
  26:6,20
  29:10,11
  30:7 31:5
  32:2 37:3,6
  37:8,9

**V**

**various** 12:21
  28:18
**vein** 28:11
**verbal** 3:15
  42:8
**version** 38:22
**view** 22:25
  26:12 36:18
**viewed** 42:1
**VOICE** 3:19,22
  4:1
**volumes** 7:11
  9:2
**voluminous**
  15:23
**vote** 11:9,10
  11:14,15

**W**

**wait** 21:22,24
**walk** 23:7
**want** 3:22 7:4
  7:5 11:24
  14:3 16:10
  22:24 23:5,7
  23:18 28:25
  30:19 31:20
  35:15,15
  37:20
**wanted** 29:21
  36:23
**wants** 4:2 16:2
  16:11 22:9
  30:14,24
  35:19,20
  41:17
**wasn't** 5:6
  11:19 16:16

**way** 13:16 28:2
 31:17 32:16
**Wednesday** 34:7
**week** 34:12,13
 39:19
**weekend** 34:7
**weeks** 5:18
**West** 1:16
**Westin** 19:19
 25:3 39:21
 40:3,15,18
 41:3,9
**Westin's** 34:8
 40:15 41:10
**We'd** 5:11
 21:24
**we'll** 9:10
 13:19 14:5
 25:13 31:11
 31:17 35:13
 40:4 41:12
**we're** 4:25 5:8
 11:12,15
 12:14,17,18
 12:19,22
 13:15,17
 22:12 23:13
 26:7,23,24
 27:25 28:1
 33:3 38:8,11
 40:1 42:10
 42:25
**we've** 5:12
 12:22 19:19
 40:22
**what's** 10:8
**Whitehall** 2:11
**whole** 13:23
 14:7 27:21
 36:19,20
**wide** 29:15
**Windels** 1:16
 13:22 14:2,7
 17:23 18:14
 20:3,4 21:8
 21:19 25:11
 26:4 27:15
 28:24 29:5
 30:14,23

**31**:8 33:9,13
 34:24 35:2,6
 35:18 36:2
 38:12
**Winston** 1:21
**wish** 12:3
**wishes** 20:3,4
 20:8
**witness** 25:18
 25:23 29:17
**witnesses** 9:15
 9:21
**wondering** 11:2
**word** 17:25
 38:22
**words** 15:23
 18:5
**work** 5:3 12:23
 13:25 22:17
 26:18 29:11
**worked** 15:5
 34:7,9
**working** 12:6
 41:3
**worth** 11:25
**wouldn't** 26:11
**writing** 27:16
**written** 5:10
**wrong** 26:5
 27:17

**Y**

**year** 42:14
**yesterday**
 14:15 16:14
 17:6 33:6
 42:19
**York** 1:1,4,4
 1:10,17,17
 1:20,20,22
 1:22 2:6,6
 2:12,12
**you'd** 7:6
**you'll** 5:3
 12:7 41:13
**you're** 9:20
 11:24 12:8
 26:19 27:11
 27:12 29:12

**31**:3,7,7
**you've** 3:2 4:9
 12:5 40:24
 41:3

**Z**

**Zavalkoff**
 33:12
**ZAVALKOFF-...**
 1:15 3:3,9
 33:7,9,12,18
 33:21 35:2,5
 35:8 39:13
 39:16 40:2,7
 40:10,13

**$**

**$1.3** 21:18
**$100,000.00**
 27:3,6
**$12.3** 42:24
**$150,000.00**
 26:25
**$3** 12:19
**$4** 12:19

**1**

**10th** 12:10
 15:2,19 36:8
 39:2
**10-04205** 1:5
**10-13553** 1:2
**100** 18:15
**10004** 2:6,12
**10019** 1:17
**10166** 1:22
**11042** 1:20
**15** 1:4 44:12
**156** 1:16
**16** 11:20
**18th** 39:18
**1989** 6:4 9:1
**1998** 9:1

**2**

**200** 1:22
**2003** 9:1
**2011** 1:4 44:12
**24** 3:12

**25th** 41:14

**3**

**31st** 15:8
**33** 2:11

**5**

**52** 11:20
**56th** 1:16
**575** 1:25

**6**

**6th** 14:22,25

**8**

**87** 13:2,10

**9**

**90** 1:19
**95** 13:13