# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH GENERAL HOSPITAL, et al., | Case No.: 10-13553 (SCC) |
| Debtors. | (Jointly Administered) |

## ORDER TERMINATING APPOINTMENT OF AND DISCHARGING EXAMINER

WHEREAS, on January 4, 2011, the United States Trustee filed a motion seeking entry of an order directing the appointment of a chapter 11 examiner in these chapter 11 cases (Docket No. 419); and

WHEREAS, on January 6, 2011, the Court issued an order directing the United States Trustee to appoint a chapter 11 examiner in these chapter 11 cases (Docket No. 427); and

WHEREAS, on January 10, 2011, the United States Trustee filed a notice stating that Richard Stern, Esq. had been appointed as chapter 11 examiner (the "Examiner") (Docket No. 430); and

WHEREAS, on January 10, 2011, the United States Trustee filed an application seeking an order approving the appointment of the Examiner (Docket No. 431); and

WHEREAS, on January 10, 2011, the Court entered an order approving the appointment of the Examiner (the "Appointment Order")(Docket No. 432) and directing the filing of a report no later than February 10, 2011; and

WHEREAS, on January 11, 2011, the Examiner filed an application seeking an order approving the retention and employment of Hughes Hubbard & Reed LLP ("Hughes Hubbard") as his counsel nunc pro tunc as of January 10, 2011 (Docket No. 440); and

WHEREAS, on January 31, 2011, the Examiner filed his report (Docket No. 488) (the "Report"); and

WHEREAS, on February 1, 2011, the Court entered an order approving the retention and employment of Hughes Hubbard as counsel to the Examiner nunc pro tunc as of January 10, 2011 (Docket No. 492)(the "Retention Order"); and

WHEREAS, on February 10, 2011, the Examiner filed a letter that modified and supplemented the Report (Docket No. 522); and

WHEREAS, the Examiner has fulfilled his responsibilities under the Appointment Order.

NOW THEREFORE, it is hereby

ORDERED, that the appointment of the Examiner is terminated and the Examiner and his attorneys are discharged from any further obligations, duties or responsibilities except as otherwise set forth in this Order; and it is further

ORDERED, that the Examiner and his professionals shall cooperate with any reasonable requests from the United States Trustee and, if requested by the Court, shall address any further responses to the Report filed by any party in interest; and it is further

ORDERED, that the Examiner and Hughes Hubbard are released from any and all liability with respect to any act or omission, statement, or representation arising out of, relating to, or involving in any way, the Examiner's investigation, the Report, the supplement to the Report or other writing filed by the Examiner in connection with these cases, except in the case of gross negligence or willful misconduct; and it is further

ORDERED, that the Examiner and Hughes Hubbard are relieved from any formal or informal discovery process and no party-in-interest in these cases shall issue or serve any discovery request upon the Examiner or his professionals, except as authorized by this Court

upon notice of motion to, and an opportunity to object by, the Examiner, the Debtors, the Creditors' Committee, the United States Trustee and other parties-in-interest; and it is further

ORDERED, that the Examiner and Hughes Hubbard shall submit by no later than March 1, 2011, an application for award of compensation for fees and reimbursement of expenses incurred through and including February 15, 2011 (the "Fee Application"), which application shall comply with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010 (General Order M-412), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated November 25, 2009 (General Order M-389), the United States Trustee Fee Guidelines effective January 30, 1996 and any other Orders of the Court and may include fees and expenses incurred in connection with its preparation and filing and the Examiner and Hughes Hubbard shall not be required to file interim fee statements; and it is further

ORDERED, that the Examiner and Hughes Hubbard may supplement the Fee Application with a request for payment by the Debtors of any reasonable fees and expenses incurred by either of them in connection with addressing any further responses to the Report filed by any party in interest, in responding to any requests from the United States Trustee or in responding to or complying with any discovery requests made pursuant to this Order; and it is further

ORDERED, that a hearing on the Fee Application and any supplement thereto shall be held on March 31, 2011 at 10 a.m.

Dated: February 16, 2011
      New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE