# EXHIBIT 5

# Zavalkoff-Babej, Erin

**From:** Vitale-Rullo, Maria
**Sent:** Tuesday, February 01, 2011 6:17 PM
**To:** Zavalkoff-Babej, Erin
**Subject:** FW:Information

-----Original Message-----
From: john.maher@ngsc.org [mailto:john.maher@ngsc.org]
Sent: Friday, June 25, 2010 6:22 PM
To: Lisa Hackett
Cc: Samuel Daniel; Simpson, Charles E.
Subject: Re: Information

That's not correct.
 I need all contacts for individuals on payroll such as Daniel, Maher, Jeter, Kirton, Hackett, anyone who exceeds the 10K limit and any other with a severance obligation.
I need the documents tomorrow.
Pls call for any clarification.
------Original Message------
From: Lisa Hackett
To: John P Maher
To: Samuel Daniel
ReplyTo: Lisa Hackett
Subject: Information
Sent: Jun 25, 2010 6:08 PM

John: Dr. Daniel stated that you need specific contracts to be forwarded to Eisen at Garfunkel Wild. Provide the list to me by e-mail and I will e-mail them to you.

Lisa Hackett
Senior Counsel


Sent from my Verizon Wireless BlackBerry

Maria Vitale-Rullo | Legal Secretary | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 | Direct Dial: 212.237.1071 | General Fax: 212.262.1215 | mvitale-rullo@windelsmarx.com | www.windelsmarx.com

1