# EXHIBIT 8

# Vitale-Rullo, Maria

| | |
|---|---|
| **From:** | Wick, Rosemarie [wick@hugheshubbard.com] |
| **Sent:** | Monday, March 14, 2011 12:33 PM |
| **To:** | marty.bunin@alston.com; tracy.davis@usdoj.gov; andrea.b.schwartz@usdoj.gov; Simpson, Charles E.; bweston@garfunkelwild.com |
| **Subject:** | Letter from Richard Stern |
| **Attachments:** | DOC-01.PDF |

Please see the attached re: North General Hospital.

Regards,

**Hughes Hubbard**

**Rosemarie Wick** | *Assistant to Richard Stern*
Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004-1482
Office 212-837-6362 | Fax 212-299-6362
wick@hugheshubbard.com

*****************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*****************************************************************



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Richard Stern
Direct Dial: 212-837-6210
Direct Fax: 212-299-6210
sternr@hugheshubbard.com

March 14, 2011

BY HAND

Mr. John Maher
North General Hospital
1879 Madison Avenue
New York, New York 10035

Dear Mr. Maher:

Thank you for sending us a check in the amount of $144,846.80 in connection with our services as the Examiner and counsel to the Examiner in the North General Hospital chapter 11 cases. I am returning the check to you, as our fees have not yet been approved by the Bankruptcy Court.

Sincerely,

Richard Stern

RS:rw

Enclosure

cc: Martin Bunin, Esq.
Tracy Hope Davis, Esq.
Andrea Schwartz, Esq.
Charles Simpson, Esq.
Burton Weston, Esq.