# EXHIBIT 10

## Zavalkoff-Babej, Erin

**From:** Zavalkoff-Babej, Erin
**Sent:** Monday, July 12, 2010 6:12 PM
**To:** 'Marianne Muise'
**Subject:** NGH

Hi Marianne,

John said you were the person I should reach out to to get some vendor-related information. If possible can you send me a list of your critical vendors and how much you owe these critical vendors (prepetition amounts that have not been paid). Basically, these are vendors that NGH will still need to deal with (until operations cease) and who would otherwise not provide NGH goods and services until they are paid these prepetition amounts that are due and owing.

Let me know if you have any questions.

Erin

3/2/2011