**EXHIBIT 12**

**Zavalkoff-Babej, Erin**

**From:** Zavalkoff-Babej, Erin
**Sent:** Wednesday, July 14, 2010 10:35 AM
**To:** 'Marianne Muise'
**Subject:** RE: NGH

Ok
Just remember these are "critical vendors" not every vendor. There should not be that many critical vendors for a hospital that is closing down. Usually an ongoing business has a number of critical vendors. let me know if you have any questions.

Erin

---

**From:** Marianne Muise [mailto:mmuise@hmsconsultants.com]
**Sent:** Wednesday, July 14, 2010 10:19 AM
**To:** Zavalkoff-Babej, Erin
**Subject:** Re: NGH

Erin: we finished late last night, and have one or two questions for John;
he should sign off on it by 11:30


MLM
Marianne L. Muise, FHFMA
Principal
Healthcare Management Solutions LLC
voice: 845-497-1312
efax: 888-307-6949
mmuise@hmsconsultants.com
www.hmsconsultants.com

This e-mail message and any attachment is intended solely for the
The message and/or attachment may contain confidential informatio
If you are not the intended recipient of this message, you must n
disseminate the information. Instead, please notify the sender an
and any attachment from your system. Thank you for your cooperati


On July 13, 2010 at 9:27 PM "Zavalkoff-Babej, Erin" <ebabej@windelsmarx.com> wrote:

> Did you forget me?
> Erin Zavalkoff-Babej
>
> ---
>
> **From:** Marianne Muise <mmuise@hmsconsultants.com>
> **To:** Zavalkoff-Babej, Erin
> **Sent:** Tue Jul 13 15:34:25 2010
> **Subject:** RE: NGH
>
> Erin: what if we are missing invoices.
> one example is EPIQ, we only have the May invoice,
> how do we handle that, if this motion is to set an amount not to exceed??
> we might not have all the invoices for these critical vendors, and I don't want to be short
>
>
> MLM
> Marianne L. Muise, FHFMA
> Principal
> Healthcare Management Solutions LLC
> voice: 845-497-1312
> efax: 888-307-6949
> mmuise@hmsconsultants.com
> www.hmsconsultants.com
>
> This e-mail message and any attachment is intended solely for th
> The message and/or attachment may contain confidential informati
> If you are not the intended recipient of this message, you must
> disseminate the information. Instead, please notify the sender a
> and any attachment from your system. Thank you for your cooperat
>
> On July 13, 2010 at 1:26 PM "Zavalkoff-Babej, Erin" <ebabej@windelsmarx.com>

3/1/2011

wrote:

don;t need addresses at this point just the total amount you need to pay for all prepetition amounts due to your critical vendors. Name and kind of service they are providing

**From:** Marianne Muise [mailto:mmuise@hmsconsultants.com]
**Sent:** Tuesday, July 13, 2010 1:16 PM
**To:** Zavalkoff-Babej, Erin
**Subject:** Re: NGH

Erin: also, do you need utility suppliers identified, or was that included in another motion?


MLM
Marianne L. Muise, FHFMA
Principal
Healthcare Management Solutions LLC
voice: 845-497-1312
efax: 888-307-6949
mmuise@hmsconsultants.com
www.hmsconsultants.com

This e-mail message and any attachment is intended solely for the addressee.
The message and/or attachment may contain confidential information.
If you are not the intended recipient of this message, you must not read, use, retain or
disseminate the information. Instead, please notify the sender and delete the message
and any attachment from your system. Thank you for your cooperation.

On July 12, 2010 at 6:12 PM "Zavalkoff-Babej, Erin" <ebabej@windelsmarx.com> wrote:

Hi Marianne,
John said you were the person I should reach out to to get some vendor-related information. If possible can you send me a list of your critical vendors and how much you owe these critical vendors (prepetition amounts that have not been paid). Basically, these are vendors that NGH will still need to deal with (until operations cease) and who would otherwise not provide NGH goods and services until they are paid these prepetition amounts that are due and owing.
Let me know if you have any questions.
Erin
Erin Zavalkoff-Babej | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 | Direct Dial: 212.237.1176 | General Fax: 212.262.1215 | ebabej@windelsmarx.com | www.windelsmarx.com

IRS Circular 230 Disclosure: As required by Federal Regulations, we inform you that any tax advice contained herein was not written or intended to be used (and cannot be used) for the purpose of avoiding federal tax penalties, or for the purpose of promoting, marketing, or recommending any transaction or matter to another party.

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.

Erin Zavalkoff-Babej | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 | Direct Dial: 212.237.1176 | General Fax: 212.262.1215 | ebabej@windelsmarx.com | www.windelsmarx.com

IRS Circular 230 Disclosure: As required by Federal Regulations, we inform you that any tax advice contained herein was not written or intended to be used (and cannot be used) for the purpose of avoiding federal tax penalties, or for the purpose of promoting, marketing, or recommending any transaction or matter to another party.

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.

Erin Zavalkoff-Babej | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 | Direct Dial: 212.237.1176 | General Fax: 212.262.1215 | ebabej@windelsmarx.com | www.windelsmarx.com

IRS Circular 230 Disclosure: As required by Federal Regulations, we inform you that any tax advice contained herein was not written or intended to be used (and cannot be used) for the purpose of avoiding federal tax penalties, or for the purpose of promoting, marketing, or recommending any transaction or matter to another party.

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.

3/1/2011