# EXHIBIT 14

# Zavalkoff-Babej, Erin

**From:** Etheridge, Derek
**Sent:** Wednesday, March 02, 2011 11:35 AM
**To:** Zavalkoff-Babej, Erin
**Subject:** FW:North General - Critical Vendor Motion

---

**From:** Schwartz, Andrea B. (USTP) [mailto:Andrea.B.Schwartz@usdoj.gov]
**Sent:** Friday, July 23, 2010 5:35 PM
**To:** Etheridge, Derek
**Cc:** Simpson, Charles E.
**Subject:** North General - Critical Vendor Motion

Here are our issues:

1. Why is the motion necessary in light of the fact that all of the patients were discharged from the hospital as of July 11, 2010? The motion says only that it is necessary to pay "critical vendors" (i) to implement the Closure Plan and (ii) safeguard the patients and the residents. Without explanation, it does not appear to be necessary.
2. The motion includes a blank for the "Critical Vendor Cap."??
3. The motion does not include a list of the "critical vendors" to be paid. We request seeing the list, and the amounts being sought to be paid.

Andrea B. Schwartz, Esq.
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
*Southern District of New York*
33 Whitehall Street, 21st Floor
New York, NY 10004
(212) 510-0500 (Tel.)
(212) 668-2255 (Fax)


Derek Etheridge | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 |
Direct Dial: 212.237.1073 | General Fax: 212.262.1215 | detheridge@windelsmarx.com | www.windelsmarx.com