# EXHIBIT 15

# Zavalkoff-Babej, Erin

**From:** Vitale-Rullo, Maria
**Sent:** Tuesday, February 01, 2011 6:50 PM
**To:** Zavalkoff-Babej, Erin
**Subject:** FW:Payment Analysis

-----Original Message-----
From: John Maher [mailto:John.Maher@NGSC.ORG]
Sent: Sunday, January 23, 2011 11:27 AM
To: Simpson, Charles E.
Cc: John Maher
Subject: RE: Payment Analysis

The payments in question had to do with the physicians' contracts, specifically Pathology and Urology. Other payments, based on the original pre-petition wage motion had to do with commitments that he and the Board made at the Town Hall meeting.

-----Original Message-----
From: Simpson, Charles E. [mailto:csimpson@windelsmarx.com]
Sent: Sunday, January 23, 2011 8:39 AM
To: John Maher
Subject: Fw: Payment Analysis

----- Original Message -----
From: Simpson, Charles E.
Sent: Saturday, January 22, 2011 07:19 PM
To: 'john.maher@ngsc.com' <john.maher@ngsc.com>
Subject: Payment Analysis

John, how many of the payments Huebscher and Bunin complained about were made at the direction of Dr. Daniel before he resigned and while he was CEO? I remember your coming to me after he authorized the payment of vacation and severance to inquire of the propriety of those payments.
Were there other payments like that?

Charles E. Simpson | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 | Direct Dial: 212.237.1070 | General
Fax: 212.262.1215 | csimpson@windelsmarx.com | www.windelsmarx.com

IRS Circular 230 Disclosure: As required by Federal Regulations, we inform you that any tax advice contained herein was not written or intended to be used (and cannot be used) for the purpose of avoiding federal tax penalties, or for the purpose of promoting, marketing, or recommending any transaction or matter to another party.

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.

Maria Vitale-Rullo | Legal Secretary | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, New York, New York 10019 | Direct Dial: 212.237.1071 | General Fax: 212.262.1215 | mvitale-rullo@windelsmarx.com | www.windelsmarx.com