UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re                                : Chapter 11
                                     :
NORTH GENERAL HOSPITAL, *et al.*,,   : Case No. 10-13553 (SCC)
                                     :
             Debtors.                : Jointly Administered
                                     :
---------------------------------------------------------- x

**ORDER TO SHOW CAUSE SCHEDULING A HEARING TO CONSIDER THE APPLICATION OF THE UNITED STATES TRUSTEE SEEKING AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Upon the attached application (the "Application") of Tracy Hope Davis, the United States Trustee for Region 2, pursuant to 11 U.S.C. §§ 1104 and 1112(b) of the Bankruptcy Code, seeking an order directing the appointment of a Chapter 11 Trustee and upon the memorandum of law and affidavit of Susan D. Golden, Esq. submitted in support of the Application; and it appearing that an order to show cause scheduling a hearing to consider the Application is necessary and beneficial to the estate and its creditors; and it further appearing that no notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Debtors in the above-named chapter 11 cases and all other parties in interest show cause at 3:00 o'clock in the p.m. on March 28, 2011 before the Honorable Shelley C. Chapman, Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, Courtroom 610, New York, New York 10004, or as soon after as counsel may be heard, why this Court should not enter an order granting the relief requested in the Application and directing the appointment of a Chapter 11 Trustee, and it is further

**ORDERED,** that service of this Order To Show Cause, the Application, memorandum of law and supporting documents be provided by e-mail or fax upon: (i) Charles Simpson, Esq., at Windels Marx Lane & Mittendorf , attorneys for the Debtors, (ii) Martin Bunin, Esq., at Alston & Bird LLP, attorneys for the Creditors Committee and (iii) Richard Stern, Esq., at Hughes Hubbard & Reed, LLP, the Examiner on or before the 25th day of March 2011, and that such service shall be deemed good and sufficient service and notice of the Application and hearing scheduled herein, and that no other or further notice is necessary or required.

Dated: New York, New York
      March 24, 2011

                                                <u>/S/ Shelley C. Chapman</u>
                                                HONORABLE SHELLEY C. CHAPMAN
                                                BANKRUPTCY JUDGE